3077290-RBJ/DPW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE**, an individual by pseudonym | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO:** 1:25-cv-02565 |
| | ) | |
| v. | ) | **Hon. Elaine E. Bucklo** |
| | ) | **Magistrate Judge: Hon. M. David Weisman** |
| **VALERY J. AHRENS**, an individual | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT** on the **21st** day of **March**, 2025, at **9:45 a.m.**, we shall appear before the Honorable Judge Elaine E. Bucklo in Room 2243, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached ***PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM***, a copy of which is hereby served upon you.



                                        */s/Ryan B. Jacobson*
                                        Attorneys for Plaintiff

Ryan B. Jacobson, Esq. (6269994)
AMUNDSEN DAVIS, LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312) 894-3200
rjacobson@amundsendavislaw.com