FILED
3/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | Case No. 1:25-cv-02565 |
| Plaintiff, | : | |
| | : | |
| v. | : | Hon. Elaine E. Bucklo |
| | : | |
| VALERY J. AHRENS, | : | Magistrate Judge: Hon. M. David Weisman |
| | : | |
| Defendant. | : | |

## Notice of Motion

Please take notice that on March, 21, 2025, at 9:45 a.m., I will appear before Judge Elaine E. Bucklo in Room 2243, at 219 S. Dearborn St. in Chicago, Illinois, and present the contemporaneously filed Motion of Eugene Volokh to Intervene and Opposition to Motion for Leave to Proceed Under Pseudonym.

s/ Eugene Volokh
Eugene Volokh, *pro se*
Hoover Institution
Stanford University
434 Galvez Mall
Stanford, CA 94305
385 Charles E. Young Dr. E
Los Angeles, CA 90095
(650) 721-5092
volokh@stanford.edu
Institutional affiliation listed for identification purposes only; movant represents solely himself

1

**Certificate of Service**

I certify that on April 14, 2025, I filed this Motice of Motion via the Northern District of Illinois Pro Se Filer PDF Submissions page, and e-mailed a copy to counsel for plaintiff. Defendant has not yet appeared.

s/ <u>Eugene Volokh</u>
Eugene Volokh, p*ro se*
