UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

John Doe
                Plaintiff,

v.                                       Case No.: 1:25−cv−02565
                                                                 Honorable John J. Tharp Jr.

Valery J Ahrens
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 24, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon review of the complaint, it fails to adequately plead subject matter jurisdiction. The complaint asserts jurisdiction pursuant to 28 U.S.C. § 1332; however, plaintiffs may not rely solely "on information and belief" in order to establish diversity jurisdiction. Qin v. Deslongchamps, 31 F.4th 576, 578−81 (7th Cir. 2022); Am.'s Best Inns, Inc. v. Best Inns of Abilene, L.P., 980 F.2d 1072, 1074 (7th Cir. 1992) (stating that "to the best of my knowledge and belief" is insufficient to plead diversity). Accordingly, the plaintiff is granted leave to amend to address this issue by 4/14/2025. Failure to timely and adequately amend may result in dismissal of the case. The Court will address the plaintiff's motion to proceed under a pseudonym [6] and the motion to intervene [9] upon the plaintiff curing the jurisdictional issues in the complaint. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.