## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe
                      Plaintiff,

v.                                           Case No.: 1:25−cv−02565
                                                      Honorable John J. Tharp Jr.

Valery J Ahrens
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Eugene Volokh's motion to intervene [9] is granted. However, the Court will stay further briefing on the plaintiff's motion for leave to proceed under a pseudonym [6] until the defendant appears. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.