UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE**, an individual by pseudonym )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>**VALERY J. AHRENS**, an individual )<br>)<br>Defendant. ) | **CASE NO: 1:25-cv-02565**<br>(**HONORABLE JOHN H. THARP JR.**) |

### PLAINTIFF'S EMERGENCY MOTION TO SEAL DOCKET NO. 18, AND FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT WITH PROPER REDACTIONS, *INSTANTER*

`Plaintiff, JOHN DOE (hereinafter, "Plaintiff" or "Doe"), by pseudonym and through his attorneys, Amundsen Davis LLC, submit the following Emergency Motion to Seal Docket No. 18 (First Amended Complaint by John Doe against Valery J. Ahrens), and for Leave to File Plaintiff's Second Amended Complaint with Proper Redactions:

### REQUEST FOR EMERGENCY RELIEF

The Plaintiff petitions the Court for emergency relief after inadvertently filing an *unredacted* version of its First Amended Complaint (Dkt. No. 18), which is brought under pseudonym and pursuant to Motion (Dkt. No. 6). In its Minute Entry dated April 1, 2025, this Court indicated it would "stay further briefing on the plaintiff's motion for leave to proceed under pseudonym [6] until the defendant appears." (Dkt. No. 19). No appearance or answer has been filed by the Defendant as of the time this Motion was filed, though Plaintiff expects one is forthcoming.

The unredacted version of the First Amended Complaint contains references to the complainant by name, which would be detrimental to the Plaintiff whose reputation has already suffered immensely as a consequence of the Defendant's alleged conduct. Any delay in sealing the unredacted First Amended Complaint, and allowing leave to file a properly redacted Second Amended Complaint, could compound the serious harm already incurred.

Upon learning of the error, Plaintiff's counsel moved expeditiously to prepare a fully redacted Second Amended Complaint and this Motion seeking limited relief. A copy of the proposed Second Amended Complaint is attached hereto as "Exhibit A."

**WHEREFORE**, for the reasons detailed herein, the Plaintiff respectfully requests the following relief from this Honorable Court:

1. Immediate and permanent placement of Docket No. 18 under seal;
2. Leave to Plaintiff to file his Second Amended Complaint at Law *instanter*; and
3. Any additional relief this Court deems just and proper under the circumstances.

Dates: April 10, 2025

Respectfully submitted,
Attorneys for Plaintiff, John Doe

By: /s/ Ryan B. Jacobson
Ryan B. Jacobson, Esq (IL Bar No. 6269994)
AMUNDSEN DAVIS LLC
150 North Michigan Avenue, Suite #3300
Chicago, Illinois 60601
Telephone: (312) 894-3252
*rjacobson@amundsendavislaw.com*