## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe
                Plaintiff,

v.                                                           Case No.: 1:25−cv−02565
                                                                   Honorable John J. Tharp Jr.

Valery J Ahrens
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's emergency motion to seal and for leave to file a second amended complaint [20] is granted. The Clerk is directed to seal the plaintiff's first amended complaint [18], and the plaintiff is directed to file the redacted second amended complaint [20−1] separately on the docket. Briefing on the plaintiff's motion for leave to proceed under a pseudonym [6] remains stayed until the defendant appears. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.