IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual by pseudonym, | |
| Plaintiff, | Case: 25 CV 2565 |
| vs. | District Judge: John H. Tharp, Jr. |
| VALERY J. AHRENS, an individual, | |
| Defendant. | |

## Defendant's Unopposed Motion for Extension of Time

Defendant VALERY J. AHRENS states as follows for her Motion for Extension of Time pursuant to Fed.R.Civ.P. 6(b):

1. The original complaint was served on Defendant on March 25, 2025, making a responsive pleading due April 15, 2025. (Dkt. 17).

2. The Amended Complaint was filed on March 31, 2025. (Dkt. 18). Under Fed.R.Civ.P. 15(a)(3), the responsive pleading remains due April 15, 2025, notwithstanding the amendment.

3. This is the first proposed extension of time.

4. The proposed relief is supported by good cause and will not unnecessarily delay the resolution of this matter.

5. The Amended Complaint is 267 paragraphs long, covering 56 pages in length. It includes four counts. (Dkt. 18).

6. Plaintiff underwent surgery on April 7th and has been on pain medication since, impacting her ability to focus on this case, engage counsel, and communicate.

7. The undersigned was engaged by Defendant on April 9, 2025, six days before the existing deadline.

8. Due to the undersigned's preexisting schedule, there is an insufficient amount of time to study the complaint, confirm whether venue and jurisdiction is appropriate, confer with the client, explore the prospects for settlement, and decide whether a motion or answer is the appropriate responsive pleading.

9. The undersigned conferred with Plaintiff's counsel on April 11, 2025 and confirmed he does not oppose a 28 day extension.

10. This motion is made in good faith and not for any improper purpose.

WHEREFORE, Plaintiff respectfully requests an order extending the deadline for a responsive pleading by 28 days, making May 13, 2025 the new deadline for a responsive pleading.

Defendant, VALERY J. AHRENS,

By WILLIAMSMCCARTHYLLP


By: */s/ Joel M. Huotari*
Joel M. Huotari
Jhuotari@wilmac.com
WILLIAMSMCCARTHYLLP
120 West State Street, Suite 400
P. O. Box 219
Rockford, IL 61105-0219
815-897-8900
Ill. Bar # 6289792