# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe

                Plaintiff,

v.                                                     Case No.: 1:25−cv−02565

                                                              Honorable John J. Tharp Jr.

Valery J Ahrens

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's unopposed motion for an extension of time to respond to the plaintiff's second amended complaint [24] is granted. The deadline to respond is now 5/13/2025. The defendant&#0;39;s response to the plaintiff's motion for leave to proceed under a pseudonym is also due 5/13/2025; the plaintiff's reply, if any, is due 5/27/2025. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.