IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, an individual by pseudonym, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> VALERY J. AHRENS, an individual, ) <br> ) <br> Defendant. ) | Case: 25 CV 2565 <br><br> District Judge: John H. Tharp, Jr. |

## Defense Counsel's Motion to Withdraw

Counsel for Defendant VALERY J. AHRENS states as follows for his Motion to Withdraw pursuant to Local Rule 83.17:

1. The original complaint was served on Defendant on March 25, 2025, making a responsive pleading due April 15, 2025. (Dkt 17).

2. The undersigned appeared for Defendant on April 14, 2025. (Dkt 23).

3. An extension pushed the responsive pleading deadline to May 13, 2025. (Dkt 25).

4. There has recently been an irreconcilable breakdown of the attorney client relationship between the undersigned and the Defendant, necessitating this motion to withdraw.

5. This motion is made in good faith and not for any improper purpose. Granting the relief herein should not impose undue delay or hardship on the Court or any party.

6. Pursuant to Local Rule 83.17, since no other attorney has an active appearance on the docket for the Defendants, the Notification of Party Contact Information form is being filed as an attachment to this motion to withdraw.

7. A copy of this Motion was served upon Defendant via email on May 8, 2025.

1

WHEREFORE, attorney Joel Huotari respectfully requests leave to withdraw his appearance for the Defendant and that the Court grant Defendant 30 days to engage substitute counsel.

        Counsel for Defendant,
        VALERY J. AHRENS,

        */s/ Joel M. Huotari*
        Joel M. Huotari
        Jhuotari@wilmac.com
        WILLIAMSMCCARTHYLLP
        120 West State Street, Suite 400
        P. O. Box 219
        Rockford, IL  61105-0219
        815-897-8900
        Ill. Bar # 6289792

06/12/15

# United States District Court
# Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**:

**Case Title**:

**Judge**:

**Name of Attorney submitting the motion to withdraw**:

**Name of Client**:

**Mailing address of Client**:

**City:**                            **State:**

**Zip:**            **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ Joel M. Huotari

**Date:**