**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

John Doe
                Plaintiff,

v.                                            Case No.: 1:25−cv−02565
                                            Honorable John J. Tharp Jr.

Valery J Ahrens
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Attorney Joel Huotari's motion to withdraw as counsel [26] is granted. Counsel's appearance on the record is terminated. The defendant is given until 5/30/2025 to retain new counsel. The Court will stay the deadlines for defendant to respond to the complaint and the plaintiff's motion to proceed under a pseudonym pending appearance by new counsel. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.