

**FILED**
5/30/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RM

BC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| John Doe, an individual by pseudonym ) | Case Number: 1:25-cv-02565 |
| Plaintiff ) | Judge: John J. Tharp, Jr. |
| v. ) | |
| Valery Ahrens ) | Magistrate Judge: M. David Weisman |
| Defendant ) | |

# DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1. The original complaint was served on Defendant on March 25, 2025, making a responsive pleading due April 15, 2025. (Dkt. 17).

2. An Amended Complaint was filed on March 31, 2025. (Dkt. 18). Pursuant to Fed. R. Civ. P. 15(a)(3), the responsive pleading remained due April 15, 2025.

3. This Court granted Defendant's first extension request, making the next deadline for response May 13, 2025.

4. Defendant's prior counsel has withdrawn, and Defendant is currently seeking new legal representation.

5. A related state court action remains pending between the same parties involving overlapping issues. Plaintiff has initiated six legal actions against Defendant within the past twenty-one months, further complicating preparation of a complete and consistent response.

6. Status hearing in the pending state court case between the same parties has been scheduled for July 7, 2025. Counsel will need to collaborate with Defendant's attorney in

the ongoing state matter to determine the appropriate course of action and formulate an informed response in this federal case.

7. The proposed 60-day extension is supported by good cause and will not cause undue delay or prejudice.

WHEREFORE, Defendant respectfully requests that this Court enter an order extending the deadline to respond to Plaintiff's Complaint by 60 days, making July 29, 2025 the new deadline for a responsive pleading.

Respectfully submitted,

Valery J. Ahrens
32148 237th St.
Eldora, IA 50627
312-805-1143
missvalerya@live.com
Defendant, Pro Se

**CERTIFICATE OF SERVICE**

I, Valery Ahrens, certify that on May 30, 2025, I served the foregoing Motion for Extension of Time via email upon:

Ryan B. Jacobson, Esq
AMUNDSEN DAVIS LLC
150 North Michigan Avenue, Suite #3300
Chicago, IL. 60601tt
rjacobson@amundsendavislaw.com


Respectfully submitted,

Valery Ahrens