# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE**, an individual by pseudonym, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 25-cv-02565 |
| ) | |
| **VALERY J. AHRENS**, an individual, ) | The Honorable John J. Tharp, Jr. |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S EMERGENCY MOTION TO SEAL DOCKET NOS. 28 & 29

NOW COMES Plaintiff, JOHN DOE (hereinafter, "Plaintiff" or "Doe"), by pseudonym and through his attorneys, and respectfully moves for emergency relief in sealing Defendant's public filings at Docket Numbers 28 and 29, which reveal identifying information about the Plaintiff, thereby destroying his anonymity before this Court has had an opportunity to rule on his right to proceed under a pseudonym. In support, Plaintiff provides the following:

On March 11, 2025, Plaintiff filed his Complaint at Law against the Defendant, Valery Ahrens ("Defendant"), to address her vicious campaign of online stalking, harassment, and bullying. *See* Complaint (Dkt. No. 1); *see also* Second Am. Compl. (Dkt. No. 22) (the operative pleading, which maintains causes of action for Defamation *Per Se*, False Light Invasion of Privacy, Public Disclosure of Private Facts, and Intentional Infliction of Emotional Distress). Plaintiff simultaneously moved for leave to proceed under a pseudonym given the unique facts of this case and the significant harm Plaintiff faces if his identity is revealed in this action. Motion for Leave (Dkt. No. 6). On April 1, 2025, this Court ruled that it would "**stay further briefing on the plaintiff's motion for leave to proceed under a pseudonym [6] until the defendant appears**." Minute Entry (Dkt. No. 19) (emphasis added).

An attorney initially appeared for Defendant in April (Dkt. No. 23), but filed a motion to withdraw as counsel less than 30 days later (Dkt. No. 26). This Court granted defense counsel's motion to withdraw and ordered the following:

> The defendant is given until 5/30/2025 to retain new counsel. **The Court will stay the deadlines for defendant to respond to** the complaint and **the plaintiff's motion to proceed under a pseudonym pending appearance by new counsel**.

Minute Entry (Dkt. No. 27) (emphasis added).

As of the time of this filing, no appearances have been entered for the Defendant, nor has she filed an appearance *pro se*. Instead, on May 30, 2025, she filed the following through the *pro se* online portal, all of which were published to the Court Docket after 3:30 p.m. on June 2, 2025:

> **Dkt. No. 28**: Titled, "Introduction," on the docket, though in substance constituting a brief in opposition to Plaintiff's Motion to Proceed Under a Pseudonym;
>
> **Dkt. No. 29**: A verbatim refiling of Dkt. No. 28, now corrected on the docket to read, "Entered in Error," but still publicly available in its complete form;
>
> **Dkt. No. 30**: A Notice of Correction, representing that Dkt. No. 29 was filed in error; and
>
> **Dkt. No. 31**: Defendant's Motion for Extension of Time to Respond to Complaint.

Undisputedly, pursuant to two Court Orders, Plaintiff's Motion for Leave to Proceed Under a Pseudonym remains pending before this Court. Minute Entry (Dkt. No. 19); Minute Entry (Dkt. No. 27). No ruling has been entered on whether Plaintiff may litigate this case as a "John Doe." Accordingly, the parties are mandated to preserve Plaintiff's anonymity until the Court has an opportunity to determine whether this case presents the proper circumstances to allow for Plaintiff to litigate under a pseudonym.

No deadline has been set for when Defendant must respond to Plaintiff's Motion to Proceed Under a Pseudonym. *Id.* Notwithstanding, Defendant chose to file a brief objecting to Plaintiff's Motion and, therein, she improperly reveals his identity to the public. Dkt. Nos. 28 & 29. Specifically, within Docket Numbers 28 and 29, Defendant lists multiple case numbers, claiming

Plaintiff is a party to those matters. Defendant has provided sufficient information in a public filing to destroy Plaintiff's privacy and anonymity absent any reasonable basis and in violation of Court Order. These briefs must be promptly placed under seal to avoid any further undue harm to Plaintiff.

WHEREFORE, for the reasons detailed herein, Plaintiff respectfully request the following relief of Court:

1. Immediate placement of Docket Numbers 28 and 29 under seal;
2. An emergency hearing on the present motion on Wednesday, June 4, 2025, which is Plaintiff's counsel's first date of availability; and
3. Any additional relief this Court deems just and proper under the present circumstances.

Respectfully submitted,

*/s/ Danessa P. Watkins*
Danessa P. Watkins
*Attorney for Plaintiff*
Ryan B. Jacobson, Esq.
Danessa P. Watkins, Esq. (6314234)
AMUNDSEN DAVIS, LLC
150 North Michigan Avenue
Suite 3300 Chicago, Illinois 60601
(312) 894-3200
rjacobson@amundsendavislaw.com
dwatkins@amundsendavislaw.com

## CERTIFICATE OF SERVICE

  I, Danessa P. Watkins, a licensed attorney, hereby certify that on June 2, 2025, I emailed a copy of the foregoing to the Defendant, Valery Ahrens, through her known email address, missvalerya@live.com. I further certify that I carbon copied Defendant on my emails with the Deputy Clerk for purposes of requesting leave to file the foregoing motion on an emergency basis and requesting an emergency hearing for Wednesday, June 4, 2025.

**Dated:** June 2, 2025         **By:** */s/Danessa P. Watkins*