UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

John Doe
                Plaintiff,

v.                                         Case No.: 1:25−cv−02565
                                              Honorable John J. Tharp Jr.

Valery J Ahrens
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 3, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's emergency motion to seal the plaintiff's filings [32] is taken under advisement. Pending the hearing set for 6/4/2025 [33], the Court has already sealed the filings at [28] and [29] sua sponte. The Court further strikes both docket entries, as the Court already ruled that briefing on the plaintiff's motion to proceed under a pseudonym was stayed pending appearance by new defense counsel [27]. The defendant indicates in her motion for an extension of time to answer the complaint [31] that she has not yet retained new counsel, and seeks 60 additional days to respond so that "counsel [can] collaborate with defendant's attorney in the ongoing state matter to determine the appropriate course of action and formulate an informed response in this federal case." The Court finds a 60−day extension excessive, especially in light of the fact that defendant appears to have already secured counsel in separate litigation. The Court will allow the defendant until 6/27/2025 to retain new counsel. The defendant's deadline to respond to the motion to proceed under a pseudonym and to respond to the complaint both remain stayed pending appearance by defense counsel. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.