**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

John Doe
                  Plaintiff,

v.                                        Case No.: 1:25−cv−02565
                                               Honorable John J. Tharp Jr.

Valery J Ahrens
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Telephonic status hearing set on 7/1/25 at 9:00 a.m. to set briefing schedule on the plaintiff's motion to proceed under a pseudonym. The Court will be utilizing the Cisco Webex platform. Public access is available via the following call−in number: 1−(650)−479−3207 and enter ACCESS CODE: 2306−610−1803#. Plaintiff and defense counsel are directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.