# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe
                      Plaintiff,

v.                                                  Case No.: 1:25−cv−02565
                                                      Honorable John J. Tharp Jr.

Valery J Ahrens
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion to oppose the plaintiff's emergency motion to seal docket entries [28][29] is denied as moot [36], as the Court struck those entries in its order of 6/4/2025 [34]. Briefing on the plaintiff's motion to proceed under a pseudonym remains stayed. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.