# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE**, an individual by pseudonym )<br>)<br>Plaintiff, )<br>)<br>**VALERY J. AHRENS**, an individual )<br>)<br>Defendant. ) | **CASE NO:  1:25-cv-02565**<br>(**HONORABLE JOHN H. THARP JR.**) |

## DECLARATION OF JOHN DOE

Pursuant to 28 U.S.C. § 1746, I, John Doe, hereby declare that I am of lawful age and sound mind, that the facts set forth below are within my personal knowledge and if called to testify, I could and would testify competently to the following:

1. I am the named plaintiff in the above case and have requested leave to file under a pseudonym, "John Doe."

2. I met the Defendant, Valery Ahrens, online in October of 2021, when we began trading communications via social media, telephone, and text message.

3. Unbeknownst to me, Ahrens surreptitiously recorded our highly private communications without my consent.

4. Ahrens subsequently released her secret recordings of our private communications without my consent.

5. I only learned of that she had secretly recorded our communications when I found the recordings released online.

6. I have invested countless hours and dollars on damage control to remove any offending profile and publications I could find, research and identify other social medial profiles Ahrens used to attack me, and rehabilitate my character amongst friends, business associates, romantic partners, and others in my network, as well as in the public eye in general.

7. Ahrens continues to threaten to release recordings of our private communications that she obtained without my knowledge or consent.

8. I have reviewed the recordings that were attached to Joel Huotari's email to my attorney (Exhibit A to Ryan Jacobson's Declaration) and Ahrens' email to my attorney (Exhibit C to Ryan Jacobson's Declaration), and hereby state that those were private communications between me and Ahrens, I was not aware that Ahrens recorded those exchanges, and I did not consent to her recording those exchanges.

9. Based on her history of behavior and continued threats, I have reason to believe that Ahrens has more improperly-obtained recordings that I'm not currently aware of, some of which she may have already shared with others.

10. I also believe based on my history with Ahrens that she would publicly release such recordings to try and force me to settle or dismiss this lawsuit.

11. I am requesting Court intervention to prevent Ahrens from taking further action to destroy my reputation and humiliate me through the release of private recordings she obtained without my knowledge or consent.

*Further Declarant Sayeth Not.*

**PURSUANT TO 28 U.S.C. § 1746, I, JOHN DOE, DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.**

**Executed on: June 23, 2025**

      */s/ John Doe*
      **JOHN DOE**