# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| John Doe | |
| Plaintiff, | |
| v. | Case No.: 1:25−cv−02565 |
| | Honorable John J. Tharp Jr. |
| Valery J Ahrens | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2025:

MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion for a protective order pursuant to Fed. R. Civ. P. 26(c) [38] is taken under advisement and will be discussed at the hearing set for 7/1/2025. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.