## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe
                Plaintiff,

v.                                               Case No.: 1:25−cv−02565
                                                          Honorable John J. Tharp Jr.

Valery J Ahrens
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. Defendant's response to plaintiff's motion for leave to proceed under a pseudonym [6] is due by 7/8/25; plaintiff to reply by 7/15/25. The Court will rule via CM/ECF once the motion is fully briefed. Plaintiff's motion for a protective order [38], is granted in part and denied in part. Any materials filed by the parties that relate the contents of communications recorded (whether video or audio) by Defendant are to be filed under seal (with a redacted unsealed version) for reasons stated on the record. Defendant's motion in opposition to plaintiff's motion for protective order [41], is a response, not a motion; the Clerk is directed to terminate the pending motion status as to that filing. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.