# EXHIBIT A

### Plaintiff's Public References to Cocaine Use



1

**Exhibit A2** – Plaintiff's Instagram Post



2

**Exhibit A3** – Plaintiff's Instagram Comments

