## **EXHIBIT B**

### **Escort and Multiple Women References**

**Exhibit B-1** – Screenshot from Video Plaintiff Posted on Instagram



**EXHIBIT B-2-** Transcript of B-1



**Exhibit B-3**– Plaintiff's Instagram Comments



**Exhibit B-4**– Screenshot from Video Plaintiff Posted on Instagram

