1

# EXHIBIT C

## Police Pandering and Cosplay

**Exhibit C-1** – Photo Plaintiff Posted on Instagram



**Exhibit C-2** – Screenshot from Video Plaintiff Posted on Instagram



**Exhibit C-3** – Screenshot from Video Plaintiff Posted on Instagram

