

**Exhibit D-2** – Transcript of D-1



**Exhibit D-3**– Screenshot from Instagram Video Posted by Plaintiff



**Exhibit D-4-** Transcript of D-3

