# EXHIBIT E

## Plaintiff Publicly Flaunting Wealth and Status



**Exhibit E-2** Plaintiff's Instagram Post



**Exhibit E-3**– Screenshot from Instagram Video Posted by Plaintiff on 6-15-25:



**Exhibit E-4**– Transcript of E-3

