UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN CERASANI, an individual )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>VALERY J. AHRENS, an individual, )<br>)<br>Defendant. ) | CASE NO: 1:25-cv-02565<br>(HONORABLE JOHN H. THARP JR.) |

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Defendant respectfully requests that this Court take judicial notice of the existence and disposition of multiple publicly filed court cases involving the same parties, as set forth below and documented in Exhibits A–M. These matters form part of a continuous sequence of related proceedings in which Plaintiff John Cerasani's allegations have materially shifted across venues, sworn statements, and procedural postures. The attached records are matters of public record and can be accurately verified from reliable sources whose accuracy is not in dispute.

These judicially noticeable records will be referenced in Defendant's forthcoming Rule 12(b)(6) motion to dismiss as part of the procedural history relevant to Plaintiff's claims. The record of these proceedings shows that Plaintiff has repeatedly initiated actions in multiple jurisdictions arising from the same core set of events. This pattern of serial litigation and evolving factual narratives warrants careful scrutiny in the present matter.

1

## EXHIBITS FOR JUDICIAL NOTICE

**Exhibit A** – Plaintiff John Cerasani's complaint seeking an emergency order of protection (OP) in case 23-OP-30759 (Rolling Meadows, IL/Cook County). Filed August 16, 2023. Dismissed November 23, 2023.

**Exhibit B** – Defendant Valery Ahrens' Motion to Dismiss in case 23-OP-30759.

**Exhibit C** – Plaintiff John Cerasani's complaint seeking an emergency stalking/no contact order (SNCO) in case 23-OP-31167 (Rolling Meadows, IL/Cook County). Filed December 6, 2023, approximately two weeks after dismissal of John Cerasani's prior emergency OP. Judge Greenblatt found insufficient evidence for an emergency SNCO, but allowed the matter to proceed to hearing. Dismissed with prejudice January 23, 2024.

**Exhibit D** – Official court transcript of December 6, 2023 hearing in case 23-OP-31167. In addition to petitioning the court for an emergency SNCO, John Cerasani repeatedly requests that the court take away Valery Ahrens' Zoom option in hopes that he can have her arrested again.

**Exhibit E** – Plaintiff John Cerasani's complaint seeking an emergency OP in case 2023-OP-003125 (Rockford, IL/Winnebago County). Filed December 7, 2023, in a different county one day after Judge Greenblatt denied John Cerasani's emergency SNCO petition. Reflects further narrative shifts and forum shopping. Record shows that John Cerasani checked boxes indicating that he had no prior or pending cases against Defendant Valery Ahrens, when, in fact, he had both. Dismissed February 13, 2024.

**Exhibit F** – Official court transcript of December 7, 2023 hearing in case 2023-OP-003125.

**Exhibit G** – Rockford, Illinois Police Report dated December 7, 2023. On the same day Plaintiff John Cerasani obtained a second emergency OP in Winnebago County, and one day after denial of his emergency SNCO petition in Cook County, John Cerasani presented his newly issued emergency OP to a Rockford, Illinois police officer and sought to have Valery Ahrens arrested again. December 7, 2023 records mark the first time John Cerasani claimed that he is the victim of a sexual assault, allegedly occurring over ten months earlier.

**Exhibit H** – Plaintiff John Cerasani's Pro Se Motion to Reconsider dismissal of case 23-OP-31167 (Rolling Meadows, IL/Cook County). Filed December 8, 2023, the day after seeking new venue in Winnebago County. John Cerasani returned to the original venue and requested the recusal of Judge Greenblatt in addition to asking the court to reconsider the dismissal of his original OP. The records show that the only variation between his first emergency order of protection and his second is that the first, 23-OP-30759, contained additional language restricting Valery Ahrens' speech, which the court did not grant in 2023-OP-003125.

**Exhibit I** – Official court transcript of January 22, 2024 hearing in case 23-OP-31167. Plaintiff withdrew his Motion to Reconsider after being advised that holding concurrent emergency orders of protection in two separate counties was impermissible. Judge Greenblatt questioned John Cerasani's request for his recusal.

**Exhibit J** – Official court transcript from Defendant Valery Ahrens' criminal trial. John Cerasani testified, under oath, to having an exclusive dating relationship with Valery Ahrens. Valery Ahrens was acquitted on January 30, 2024.

**Exhibit K** – Plaintiff John Cerasani's complaint seeking an emergency SNCO in case 2024-OP-000420 (Rockford, IL/Winnebago County). Filed February 16, 2024, three days after dismissal of case 2023-OP-003125. Emergency order vacated on January 3, 2025. Defendant Valery Ahrens' motion to transfer back to original venue of Rolling Meadows, IL/Cook County granted on January 14, 2025. Case 2024-OP-000420 assigned new case number 2025-OP-30292 upon transfer. Dismissed with prejudice on July 7, 2025.

**Exhibit L** – Valery Ahrens' petition for sanctions against John Cerasani in case 2025-OP-30292 (Rolling Meadows, IL/Cook County). Filed July 18, 2025. Case remains pending; next hearing currently set for October 9, 2025.

**Exhibit M** – Plaintiff John Cerasani's Motion to Seal. Filed on August 15, 2025. Three days after filing his Third Amended Complaint in this Court, which now bears his real name following the Court's ruling that he cannot proceed under a pseudonym, John Cerasani moved to seal records of prior litigation that he himself filed against the same party.

Defendant respectfully notes for the record that John Cerasani's Third Amended Complaint continues to include the allegation that Defendant has a "kink" for being sexually degraded by complete strangers. The pleading also discloses Defendant's name and residential address. Defendant has consistently stated that this allegation is false, wholly unsupported, and constitutes a malicious threat to her personal safety.

In addition, Plaintiff's most recent complaint describes Defendant as a "feigned abuse victim" seeking sympathy from a "sea of #metoo radicals." These characterizations are false, inappropriate, and plainly provocative. At the same time, John Cerasani now seeks to seal the record of cases he himself chose to file, claiming that public access to his litigation history may result in reputational harm.

## ILLUSTRATIVE EXHIBIT

To assist the Court in understanding the procedural overlap and chronology of the multiple actions initiated by Plaintiff John Cerasani, Defendant is also submitting a color-coded visual timeline as Exhibit N. At various points during the past two years, as many as four separate actions initiated by John Cerasani against Valery Ahrens have been simultaneously active in different venues. The public record in these matters is extensive. All dates in the

timeline are drawn directly from publicly available docket entries whose accuracy cannot reasonably be questioned.

Rather than inundate the Court with numerous filings from each matter at this time, this demonstrative exhibit provides an at-a-glance reference showing the filing dates, venue, and relative position of each case on the overall timeline, allowing the Court to see where each referenced document falls in the broader procedural history.

## CONCLUSION

WHEREFORE, Defendant respectfully requests that the Court take judicial notice of the above-referenced proceedings and their outcomes, as documented in Exhibits A–M, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Valery Ahrens*
Valery Ahrens
Pro Se Defendant
32148 237th Street
Eldora, IA  50627
312-805-1143
missvalerya@live.com

## **CERTIFICATE OF SERVICE**

I, Valery Ahrens, a pro se litigant, hereby certify that on August 16, 2025, I emailed a true and complete copy of the foregoing to Plaintiff's attorneys, Danessa Watkins and Ryan Jacobson.

**Dated:** August 16, 2025                                  **By:** */s/ Valery Ahrens*