# STATE OF ILLINOIS
## SEVENTEENTH JUDICIAL CIRCUIT
### WINNEBAGO COUNTY, ILLINOIS

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

## PETITION FOR ORDER OF PROTECTION

Civil Proceeding ☐
Criminal Proceeding ☐

**Petitioner:** JOHN CERASANI (47)
(First, middle, last name)

v.

**Respondent:** VALERY AHRENS
(First, middle, last name)

**People to be Protected by this Order** (check all that apply):
Petitioner refers to any protected person in this Order.

☒ Petitioner

☐ Petitioner's minor children with Respondent:

☐ Petitioner's minor children not related to Respondent:

☐ Dependent adult:

☐ High-risk adult:

☐ Other household members:

**For Court Use Only**

2023OP003125
Case Number

☐ Independent
☐ Juvenile
☐ Other Civil Proceeding
☐ Criminal

**FILED**

DEC 07 2023  10:40 AM

Thomas A. Klein

CLERK OF THE
SEVENTEENTH JUDICIAL CIRCUIT
WINNEBAGO COUNTY, ILLINOIS

**Instructions** ▼
Directly above, enter the county where you filed this case.
Enter your name as Petitioner.
Enter name of the person you are seeking protection from as Respondent.
Enter the Case Number given by the Circuit Clerk.
Check the boxes for ALL people you want to include in the Order.
On the lines provided, enter the name for each person you are trying to protect. "Other household members" includes people living with you or working where you are staying.

**NOTE:** If you are completing this form for a minor child, dependent adult, or high risk adult, insert information needed below as if you were that person. Do not use your information, except as directed at the bottom of page 10 where you will sign this form.

## TYPE OF ORDER OF PROTECTION REQUESTED AGAINST RESPONDENT (check all that apply)

☒ Emergency Order of Protection (civil case)/ Ex Parte Protective Order (criminal case)
*(These short-term Orders of Protection can be granted on the same day you file your Petition without advance written notice to Respondent because advance notice would cause more abuse).*

☒ Plenary Order of Protection (civil case)/Final Protective Order (criminal case)
*(These long-term Orders of Protection can only be granted at a court hearing after advance written notice to Respondent.)*

### BACKGROUND INFORMATION

1. ☐ If Respondent should not know household address because it may cause more abuse, use this address for Court notices:

   _____
   *Street Address, Apt #, City, State, ZIP*

   _____
   *Email*

   **OR**

   ☒ Respondent knows household address and it is:
   400 WATERFORD LN INVERNESS, INVERNESS, IL 60010.
   *Street Address, Apt #, City, State, ZIP*

Check either or both boxes for the type of order you want. If you need protection today, check the first one.

In background information 1, enter the address and email (if you have one) where you want to receive Court notices. If you do not want Respondent to know where you live, enter a different address where you can get mail. If you do not want Respondent to know your email, enter a different email where you can get Court notices. If you do not have another email, leave this blank.

all Illinois Circuit Courts.

Email: john@chicagoregale.com

Case No. 2023OP003125
Ref. Case _____

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

> In **2**, if you do not know Respondent's date of birth or Respondent's home or work address, write "do not know."

2. **Respondent's Information**
   Respondent's date of birth: _____
   Respondent's home address: 32148 237TH STREET, ELDORA, IL 50627.  IOWA
   *Street Address, Apt #, City, State, ZIP*
   Respondent's work information: SELF EMPLOYED, IL 50627.
   *Employer*          *Street Address, City, State, ZIP*

> In **3**, check all the boxes that describe your relationship to Respondent. For example, if you are requesting an *Order of Protection* against your mother, you will check the box next to "Child" because you are the child of the Respondent.

3. **Petitioner's Relationship to Respondent** *(check all that apply)*
   - ☒ Boyfriend / Girlfriend / Dating Relationship (including ex) (BG)
   - ☐ Spouse(SE)
   - ☐ Ex Spouse(XS)
   - ☐ Have Children with Respondent (never married to Respondent)(CC)
   - ☐ Sharing or Shared Home(CS)
   - ☐ Child(CH)
   - ☐ Parent (PA)
   - ☐ Brother / Sister / Sibling (SB)
   - ☐ Other Family Member (OF)
   - ☐ Other - Petitioner not Related to Respondent (OT)
   - ☐ In-law (IL)
   - ☐ Personal Caregiver to Disabled Petitioner (PC)
   - ☐ Petitioner with Disability receives care from respondent (PD)
   - ☐ Personal Assistant of Petitioner (PR)
   - ☐ Grandchild (GC)
   - ☐ Grandparent (GP)
   - ☐ Step-Child (SC)
   - ☐ Step-Brother / Step-Sister / Step-Sibling (SS)
   - ☐ Prospective or Adoptive Child has Family or House hold Relationship with Respondent
   - ☐ Foster Child has Family or Household Relationship with Respondent
   - ☐ Legally Appointed Guardian or Custodian of a Child who has a Family or Household Relationship with Respondent
   - ☐ Step-Parent (SP)

> Answer Sections 4 and 5 the best you can. If you check 'yes' but do not know some of the information asked for, then write "do not know." If you need more room, check the box, fill out the *Additional Case Information* form, and file it with this *Petition*.

4. Is there now, or has there ever been, another *Order of Protection* entered against Respondent involving Petitioner?  ☐ Yes  ☒ No  ☐ Do not know
   If yes, list information about the cases:

| Names of People Involved | State & County | Year |
|---|---|---|

☐ I have listed additional case information on the *Additional Case Information* form.

> In 5, list all other types of court cases that you have been involved in with Respondent, such as divorce, custody, child support,

5. Is there now, or has there ever been, another court case with Respondent involving Petitioner?
   ☐ Yes  ☒ No  ☐ Do not know   If yes, list information about the cases:

| Type of case | State & County | Year |
|---|---|---|

☐ I have listed additional case information on the *Additional Case Information* form.

Page 2 of 12 - Petition for Order of Protection

OP-P 403.4                                                                                    (8/21)

Case No. 2023OP003125
Ref. Case _____

...parenting
...guardianship,
...tion, and abuse
...d neglect cases.

In 6, check all boxes that are true.

6. This *Petition* may be filed in this county because (check all that apply):
   ☒ Petitioner resides here.
   ☐ Respondent resides here.
   ☒ The abuse happened here.
   ☐ Petitioner fled here to avoid abuse.

7. An *Order of Protection* is needed because Respondent did these things:

In 7, start with what happened most recently. Enter the date and time and describe what happened. Be as specific about dates and times as you can. You can include any past abuse and any criminal convictions that resulted.

If you don't remember exact dates of things that happened long ago, just enter the month and year.

**Date:** 02/01/2023 **Time:** 10:00 pm **What happened:** VALERY SEXUAL ASSAULTED ME AT THE COURTYARD MARRIOT 7676 E.STATE ST ROCKFORD IL 61108.WE WERE MEETING TO END OUR RELATIONSHIP. SHE BLOCKED THE DOOR WITH HER BODY AND AGGRESSIVELY STARTED GIVING ME ORAL SEXUAL AGAINST MY WILL.I LEFT AND SHE SPENT THE NEXT THREE DAYS CALLING AND TEXTING ME TRYING TO MAKE ME DO IT.SHE SENT ME A TEXT THAT SHE SHOULD HAVE EXTOSTED ME

**Date:** 06/7/2023 **Time:** 3:00 pm **What happened:** VALERY SENT ME 2 TEXT MESSAGES.ONE STATING SHE WILL MURDER YOU AND YOU WILL DESERVE IT.ANOTHER TEXT STATING THIS IS HOW YOU DO A THREAT

**Date:** 8/5/2023 **Time:** **What happened:** VALERY SENT ME A TEXT THREATING MY GIRLFRIENDS SON .SHE IS TRACKING MY LOCATIONS.

**Date:** 12/4/2023 **Time:** 11:14 am **What happened:** VALERY SENT ME A MESSAGE STATING ROCKFORD HMM .I LOOK FORWARD TO SEEING YOU THERE .YOU WONT GET OFF THIS EASY BUDDY.

If you need more room, fill out the *Additional Incidents of Abuse* form or your own extra pages and file it with this *Petition*.

**Date:** 12/6/2023 **Time:** 2:14 pm **What happened:** VALERY SENT ME A TEXT SAYING INSTEAD OF OFF WITH YOUR HEAD I WILL DO MAGIC AND REMOVAL YOUR BALLS. YOU KNOW YOU WILL SEE ME AT THE HARD ROCK CASINO. SHE ANOTHER TEXT STATING THE ALLY AND THE CASINOS HAVE MANY SHADOWS. DON'T THINK WE CAN'T SEE IT. SHE HAS A FAKE INSTAGRAM ACCOUNT TRYING TO GET INFORMATION ABOUT ME.

☐ I have attached the *Additional Incidents of Abuse* form or my own extra pages.

**PROTECTIONS REQUESTED BY PETITIONER**

☒ **1. No Abuse**
   Respondent be ordered not to threaten or commit the following acts of abuse towards Petitioner (check all that apply):

In 1, check box 1 and each box below for the type of abuse you want to prevent. If you are unsure what the words after the boxes mean, you can look at definitions on the last page of this form.

   ☒ Harassment            ☐ Intimidation of a Dependent
   ☐ Physical Abuse        ☐ Exploitation of a High-Risk Adult with Disabilities
   ☒ Stalking              ☐ Neglect of a High-Risk Adult with Disabilities
   ☐ Willful Deprivation   ☐ Interference with Personal Liberty

☒ **2. Possession of Residence** (check a or b)
   These remedies do not affect who owns the property, only who gets to use or occupy it.

Check 2 if you want Respondent to stay away, at all times, from your home or provide you alternative housing.

   ☒ a. Petitioner be granted exclusive possession of the residence and Respondent be ordered not to stay or be at the residence.
      ☒ Petitioner's residence is located at:

OP-P 403.4

Page 3 of 13 - Petition for Order of Protection

(8/21)

Case No. 2023OP003125
Ref. Case _____

| | |
|---|---|
| *2a if you want Respondent to stay away from your home. If you listed your address on page 1, check the first box under 2a and enter your address. If you did not list your address on page 1, check the second box under 2a. Under BECAUSE, check the reason why Respondent should not be allowed to stay at the place you are living. Check 2b if you want Respondent to provide you different housing.* | 400 WATERFORD LN INVERNESS IL 60010<br>*Street Address, Apt #, City, State, ZIP*<br>OR<br>☐ Petitioner's address is undisclosed.<br>BECAUSE *(check one):*<br>☐ Petitioner has a right to occupy the residence and Respondent has no right; OR<br>☐ Petitioner and Respondent both have a right to occupy the residence but it would be harder on Petitioner to leave.<br>OR<br>☐ b. Respondent be ordered to provide, and stay away from, alternate housing for Petitioner to live in because the parties share a residence. *(available ONLY after actual notice to Respondent and/or a hearing with the judge).* |
| *In 3, read the information in the box below and make sure that is what you want. If so, check box 3 and each box below that applies.* | ☒ **3. Stay Away from Petitioner and Certain Places** *(see box below)*<br>Respondent be ordered to *(check all that apply):*<br>☒ Not have any communication with Petitioner.<br>☒ Stay away from Petitioner at all times.<br>**IMPORTANT:** If ordered to stay away from Petitioner, Respondent must not have ANY physical, non-physical, direct or indirect contact with Petitioner. If ordered to not communicate with Petitioner, communication includes oral communication, written communication, sign language, telephone and cell phone calls, faxes, texts, tweets, emails, posts, or communication by any other social media, and all other communication with Petitioner. This also includes contact or communication through others who may not know about the *Order of Protection.* |
| *In 3a, check if you want Respondent to stay away from places you need to go.*<br><br>**NOTE:** Respondent will see these addresses. If you do not want Respondent to know where the children go to school, do not list it. Instead, check the box and fill out the *Confidential Name & Location of the School or Childcare Provider* form, and file it with the Circuit Clerk as *"confidential."* | ☒ a. Respondent be ordered not to be or stay at any of the following places while Petitioner is there:<br>☒ Places of employment of Petitioner, located at:<br>POCAST STUDIO 821 1ST AVE ROCKFORD, IL 61104<br>*Name, Street Address, Apt #, City, State, ZIP*<br><br>_____<br>*Name, Street Address, Apt #, City, State, ZIP*<br>☐ Schools, kindergartens, or daycare centers of Petitioner, located at:<br>_____<br>*Name, Street Address, Apt #, City, State, ZIP*<br>_____<br>*Name, Street Address, Apt #, City, State, ZIP*<br>☐ I have given the name and location of the school or childcare provider on the *Confidential Name & Location of the School or Childcare Provider* form.<br>☐ Other locations:<br>_____<br>*Name, Street Address, Apt #, City, State, ZIP*<br>_____<br>*Name, Street Address, Apt #, City, State, ZIP* |
| *Fill in 3b only if Respondent attends the same school as Petitioner.* | ☐ b. School Restrictions _____ is an elementary, middle, or high school attended by both Respondent and Petitioner for whom protection is sought.<br>*School Name*<br>Respondent be ordered *(check one):*<br>☐ Not to attend Petitioner's school for as long as Petitioner is enrolled there; |

OP-P 402.4 (8/21)

Case No. 2023OP003125
Ref. Case _____

☐ To accept a change of placement or program at Petitioner's school, as determined by the public school district or by a private or non-public school; OR

☐ Not to be present in these parts of Petitioner's school: _____

| In 3c, if Respondent is a minor, include the name of Respondent's Parent or Guardian, if you know it. |
|---|

☐ c. Requirements for Parents and Guardians
Respondent is a minor. To ensure that Respondent follows this Order, Respondent's Parent or Guardian _____
*Name of Parent or Guardian*
be ordered to: _____

| Check 4 if you want Respondent to get evaluation and treatment and all the boxes under it that apply to your case. NOTE: A judge can only order counseling at a hearing where Respondent is present or has been given formal written notice. |
|---|

☐ 4. **Counseling** *(available ONLY after actual notice to Respondent and/or a hearing with the judge)*
☐ Respondent be ordered to participate in the following*(check all that apply)*:
  ☐ A Domestic Violence Partner Abuse program.
  ☐ An alcohol and substance abuse evaluation and to successfully complete all recommendations.
  ☐ A mental health evaluation and to successfully complete all recommendations.
  ☐ Other *(please specify)*: _____

**Petitioner:**   Fill out Section 5 only if you have children younger than 18 with Respondent.

| In 5a, enter the names of all children under age 18 that you and Respondent have together. |
|---|

☐ 5. **Care and Possession of Children**
☐ a. Respondent and Petitioner are both the parents of these minor children:

| Child's Name *(first, middle, last)* | Age | State of Residence | Included as a Protected Person? |
|---|---|---|---|
| | | | |

| Check the box after each child if you want to protect them from Respondent. |
|---|

| In 5b, check the boxes that apply to your children with Respondent. |
|---|

☐ b. Parentage of the Children
  ☐ The parties are NOT married and parentage HAS NOT been established.
  OR
  ☐ Parentage HAS been established because *(check one)*:
    ☐ The children of the parties were born before or during the marriage of the parties, or within 300 days of termination of the marriage.
    ☐ The parties are NOT married but parentage HAS been established by one or more of the following:
      1. Both parties have signed a Voluntary Acknowledgment of Paternity (VAP) *(if both parties' names are on the birth certificate, both parties signed the VAP)*
      2. A court or administrative order
      3. Other: _____

| Check 5c and check the box for the person who takes care of the children most of the time. If the primary caretaker of the children is someone other than you or Respondent, check the box for "Other person" and enter that person's name and address. |
|---|

☐ c. The primary caretaker of the minor children is *(check one)*:
  ☐ Petitioner
  ☐ Respondent
  ☐ Other person: _____
  *Name*

Case No. 2023OP003125

Ref. Case _____

Street Address, Apt #, City, State, ZIP
_____

☐ d. **Care and Possession of Children**
Petitioner requests the following *(check all that apply)*:

☐ Petitioner be granted physical care and possession of the minor children.

☐ Respondent be ordered to return the minor children to the physical care of Petitioner or another person, _____

☐ Respondent be ordered to not remove the minor children from the physical care of Petitioner or from a school or childcare provider.

☐ I have given the name and location of the school or childcare provider on the *Confidential Name & Location of the School or Childcare Provider* form.

| Check 5d if you are protecting children you have with Respondent. Check the boxes that apply to your case and fill in the information.<br><br>If you do not want Respondent to know where the children go to school, do not list it. Instead, check the last box and fill out the *Confidential Name & Location of the School or Childcare Provider* form, and file it with the Circuit Clerk as "confidential." |
|---|

**Petitioner:**

Fill out Sections 6-7 only if you have children younger than 18 with Respondent.

☐ 6. **Temporary Significant Decision-Making Responsibility** *(formerly custody)*
*(available ONLY after actual notice to Respondent and/or a hearing with the judge)*

☐ Petitioner requests temporary significant decision-making responsibility for the minor children.

☐ 7. **Respondent's Parenting Time** *(formerly visitation)* **with the Minor Children**
Petitioner requests that the court order parenting time as follows *(check a, b, c, or d)*:

☐ a. GRANT parenting time for Respondent without restrictions *(if granting, fill out schedule below in part 7e).*

☐ b. RESERVE parenting time until a later hearing *(this means the Court will not make any decisions on parenting time right now). (If you checked RESERVE, skip to Section 8.)*

☐ c. DENY parenting time for Respondent *(no visits at all). If you checked DENY, check your reasons below, then skip to Section 8).*

☐ d. RESTRICT parenting time for Respondent *(Visits with limits. Check your reasons below, then fill out the schedule below in 7e.)*

If you chose DENY or RESTRICT, check your reasons below.
Respondent is likely to *(check all that apply)*:

☐ Abuse or endanger the children during parenting time.
☐ Use parenting time to abuse or harass Petitioner, Petitioner's family, or household members.
☐ Improperly hide or detain the children.
☐ Act in a way that is not in the best interest of the children.

If you chose GRANT or RESTRICT, request your parenting time schedule below:

☐ e. Respondent's parenting time should be *(check 1 or 2)*:

☐ 1. See attached parenting time schedule; OR
☐ 2. The following parenting time schedule *(check all that apply)*: from _____ to _____
☐ Every _____

| Check 6, if you want significant decision-making responsibility (formerly custody).<br><br>In 7, check box a, b, c, or d to let the court know if, how, and when Respondent should have parenting time.<br><br>Check 7b if you do not want parenting time decided now, then skip to 8.<br><br>If you checked 7c or 7d, check all reasons that apply.<br><br>In 7, If you checked GRANT or RESTRICT and you want Respondent to have parenting time, complete 7e. If you know what the schedule should be, either attach it and check 7e1 or pick |
|---|

(8/21)

OP   OP-P 403.4

Case No. 2023OP003125

Ref. Case _____

| | parenting time schedule in 7c2. Enter when, where, and how you want parenting time to happen and fill in the blanks with specific times, days, and other information. Include a.m. or p.m. |
|---|---|

Week days

☐ Each weekend OR ☐ Every other weekend as follows: *(include a.m. or p.m.)*

| | Time | | Time |
|---|---|---|---|
| ☐ from Friday at | _____ | to Saturday at | _____ |
| ☐ from Friday at | _____ | to Sunday at | _____ |
| ☐ from Saturday at | _____ | to Saturday at | _____ |
| ☐ from Saturday at | _____ | to Sunday at | _____ |
| ☐ from Sunday at | _____ | to Sunday at | _____ |

☐ Parenting time is to begin on: _____
                                   *Date*

☐ Holidays:
from: _____ to: _____
     *Time*       *Time*

☐ The person responsible for transportation of the children for parenting time is:

| | Enter the name of the person who will be responsible for transportation during parenting time. |
|---|---|

_____
*Name*

☐ Pickup for parenting time to take place at:

_____
*Name of place (if any), Street Address, Apt #, City, State, ZIP*

| | Enter the name or address of the place where pickup and return will take place. |
|---|---|

☐ Return from parenting time to take place at:

_____
*Name of place (if any), Street Address, Apt #, City, State, ZIP*

☐ Parenting time will take place at:

_____
*Name of place (if any), Street Address, Apt #, City, State, ZIP*

| | Enter the address of the place where the parenting time will take place. |
|---|---|

☐ Parenting time will be supervised by: , _____
                                      *Name of Supervisor*

who has filed or will file an *Affidavit of Parenting Time Supervisor* form with the court accepting responsibility and acknowledging accountability.

☐ Parenting time will be supervised at an official supervised visitation center *(if available)*

☐ Respondent to return the children to Petitioner or the person designated by Petitioner immediately at the end of parenting time.

| | If you want an individual to supervise parenting time, enter that person's name on the line. The *Affidavit of Parenting Time Supervisor* form must be completed and signed by the supervisor. This *Affidavit* is not required if an agency or center is supervising. |
|---|---|

| | In 8, check if you are afraid Respondent will hide your children or take them out of state. |
|---|---|

☐ **8. No Concealment or Removal of Children**
Respondent be ordered not to hide the children or remove them from Illinois.

| | In 9, check if Respondent has your children and you want them to be with you. |
|---|---|

☐ **9. Appear with Children** *(check all that apply)*
Respondent be ordered to appear in court with the children
  ☐ To prevent abuse, neglect, removal or concealment of the children.
  ☐ To return the children to Petitioner.
  ☐ To permit a court-ordered interview or examination of the children or Respondent.

| | Check 10a if you want |
|---|---|

OP-P 403.4                          Page 7 of 12 - Petition for Order of Protection                     (8/21)

Case No. 2023OP003125
Ref. Case _____

☐ **10. Possession of Personal Property** *(check all that apply)*

| | |
|---|---|
| ...ngs protected ...Respondent. List ...ngs you want to keep ...with you. | ☐ a. Petitioner be awarded possession of this property: _____ |
| Check **10b** if Respondent has some or all of the property you listed in 10a. List the things you want back. Check all boxes below that apply to your case. | ☐ b. Respondent be ordered to give Petitioner this property: _____ |

BECAUSE *(check one)*:
☐ Petitioner, but not Respondent, owns the property.
☐ Petitioner and Respondent both own the property. Sharing it would put Petitioner at risk for abuse or is not practical. Not having the property would be harder on Petitioner.
☐ The parties are married and a divorce case   ☐ has   ☐ has not been filed.

| | |
|---|---|
| In **10c**, check if you have things that Respondent may need immediately. Then check the boxes that fit your case and list any other items. | ☐ c. Respondent be awarded possession of: ☐ clothing, ☐ medicine, AND/OR ☐ other personal property *(list)*: _____ |
| In **10d**, check if Respondent can enter the residence one time to get their things. | ☐ d. Respondent be given the right to enter the residence **only one time** to retrieve their property, but only in the presence of law enforcement or another person named below. |
| Check **10e** if you checked 10b or 10c. Enter the address where you want the transfer to happen. | ☐ e. Transfer of Personal Property<br>Property to be transferred at: _____<br>*Street Address, Apt #, City, State, ZIP* |
| In **10f**, check who you want to be there when it happens and enter that person's name. It may be safer if the transfer is in the presence of a law enforcement officer. | ☐ f. Property to be transferred in the presence of *(check one)*:<br>☐ Law enforcement: _____<br>*Name of law enforcement agency*<br>to be arranged with law enforcement.<br>☐ Another person: _____<br>*Name*<br>Transfer Date: _____ Time: _____ |
| Enter the date and time you want to transfer these things. | |
| Check **11** if you want your things protected from Respondent and list what you want protected. Then, check all the boxes below the lines that apply to your case. Check Restrictions on ... | ☐ **11. Restrictions on Property**<br>☐ Respondent be ordered not to take, damage, or otherwise dispose of this property: _____<br>BECAUSE *(check one)*:<br>☐ Petitioner, but not Respondent, owns the property.<br>☐ Petitioner and Respondent both own the property. Not having the property would be harder on Petitioner.<br>☐ The parties are married and a divorce case ☐ has ☐ has not been filed.<br>☐ Restriction on Resources of an Elderly Petitioner<br>Respondent be ordered not to use financial or other resources of an elderly Petitioner for _____ |

OP-F     OP-P 402.4     ...page 8 of 12 Petition for Order of P...     (8/21)

Case No. 2023OP003125
Ref. Case _____

...rces to stop ...spondent from ...sing an elderly person's money or property for themselves.

the benefit of Respondent or any other person.

☐ **11.5 Possession of Animals**
Petitioner be awarded possession of these animals:
_____
Name and description of each animal

In **11.5**, check to protect your pets from Respondent.

In **12**, check if you want Respondent to give you money to help you or children you have together. If you have it, bring proof of income to the next court date.

☐ **12. Temporary Support** *(available ONLY after actual notice to Respondent, and/or a hearing with the judge, check all that apply)*
Respondent be ordered to pay support as follows:
  ☐ Respondent pay temporary child support
  ☐ Respondent pay temporary maintenance *(formerly called spousal support or alimony)*

In **13**, check all boxes that apply to your case. If you know, enter the amount of the cost in the blank. If you are not sure, you can estimate. Bring receipts, including proof of payment, and estimates of repairs to court if you have them.

**NOTE:** A judge can only order economic remedies be awarded at a hearing where Respondent is present or has been given formal written notice.

☐ **13. Payment for Losses because of Abuse** *(available ONLY after actual notice to Respondent) and/or a hearing with the judge, check all that apply)*
  ☐ Respondent be ordered to pay Petitioner for losses caused by abuse, neglect, or exploitation, including: .................................................................................. $ _____
  ☐ Medical expenses ............................................................................................. $ _____
  ☐ Lost earnings ................................................................................................... $ _____
  ☐ Repair or replace property damaged or taken ................................................. $ _____
  ☐ Moving and other travel expenses ................................................................... $ _____
  ☐ Reasonable expenses for housing other than a domestic violence shelter ..... $ _____
  ☐ Expenses for search and recovery of children ................................................ $ _____
  ☐ Reasonable attorney's fees ............................................................................. $ _____
  ☐ Other: _____ $ _____

☐ **14. No Entry or Presence Under Influence**
Respondent is allowed at the Petitioner's residence, but cannot be or stay there while under the influence of drugs or alcohol. This would be a threat to the safety or well-being of Petitioner or Petitioner's children.

If you checked any box in Section **2** or one of the first two boxes in Section **3**, you cannot check box **14**.

In **14.5**, check if you want to ask for guns to be taken away and Respondent is a current intimate partner of Petitioner and represents a threat to the physical safety of Petitioner or Petitioner's child. Then check all boxes that fit your case.

☐ **14.5 FIREARMS** *(available ONLY after actual notice to Respondent and/or a hearing with the judge)*
  ☐ Respondent is a current or former intimate partner of the Petitioner and represents a threat to the physical safety of Petitioner or Petitioner's child. Respondent should be ordered to turn over all firearms in their possession.
  In addition, Respondent *(check all that apply)*:
    ☐ Has a history of violence.
    ☐ Has a history of possession or use of firearms.
    ☐ Carries a firearm on their person or in a vehicle.
      Make and model of vehicle: _____

OP-P 403.4

Case No. 2023OP003125

Ref. Case _____

☐ May be a threat to the safety of the public or police officer.
☐ Is now, or has been, suicidal.

NOTE: A judge can only order guns to be taken away at a hearing where Respondent is present or has been given formal written notice.

In 15, check if you do not want Respondent to get your children's school records or other records. These records could provide Respondent with your protected address. Check all boxes that apply to your case.

In 16, check if you want Respondent to pay the shelter. If you know, enter the amount of the cost in the blank. If you are not sure, you can estimate. Bring receipts to court if you have them.

Check 17 if there are other things you want Respondent to do or to stop doing. List those things on the lines.

Explain the reasons on the lines after "Because."

In 18, check if you are on Respondent's cell phone plan and you want to separate your account. Enter the provider name and telephone numbers.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you

☐ **15. Children's Records**
Respondent should not be allowed to access, inspect, or obtain school records, healthcare records, or any other records of the children BECAUSE (check all that apply):
☐ Petitioner is requesting that Respondent not be allowed to have contact with the minor children.
☐ The actual address of Petitioner is not included in this Petition due to the risk of further abuse.
☐ It is necessary to prevent abuse or wrongful removal or concealment of the children.

☐ **16. Shelter Reimbursement** *(available ONLY after actual notice to Respondent and/or a hearing with the judge)*
Respondent be ordered to reimburse a shelter providing temporary housing or counseling to Petitioner...................................................................$ _____

☒ **17. MISCELLANEOUS REMEDIES**
Respondent be ordered to: REMOVE ALL SOCIAL MEDIA ACCOUNTS USING THE NAME JOHN CERASANI OR @JOHNCERASANI WITH ADDITIONAL HANDLE NAME _____
BECAUSE: RESPONDENT IS IMPERSONATING PETITIONER FOR STALKING AND SURVEILLANCE PURPOSES

☐ **18. Telephone Services**
A wireless telephone provider should transfer from Respondent to Petitioner the right to continue to use their own telephone numbers and be responsible for the cost of them. Petitioner, or a minor child in Petitioner's custody, uses the telephone numbers.
Provider: _____
Name of Account Holder: _____
Billing Phone #: _____
Petitioner's Phone #s: _____
Petitioner's Phone #s: _____

I certify that everything in the *Petition for Order of Protection* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

(8/21)

OP-P 403.4

Case No. 23 OP 3125

Ref. Case _____

*...o be false is ...ry, a Class 3 ...elony.*

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

If prepared by someone other than Petitioner, that person should enter their name, address, phone number, and email address.

*Petitioner Signature*

JOHN CERASANI (47)
Petitioner Name

Prepared by: JOHN CERASANI
Street Address: 400 WATERFORD LN INVERNESS
City, State, ZIP: INVERNESS IL 60010
Phone Number: _____
Email: _____
Attorney # (if any): _____

## DEFINITION OF TERMS USED IN THIS *PETITION*

These definitions are incorporated in and made a part of the *Petition* to which they are attached.

1. **Abuse:** "Abuse" means physical abuse, harassment, intimidation of a dependent, interference with personal liberty or willful deprivation but does not include reasonable direction of a minor child by a parent or person in *loco parentis*.
2. **Adult with Disabilities:** "Adult with Disabilities" means an elder adult with disabilities or a high-risk adult with disabilities. A person may be an adult with disabilities for purposes of this Act even though he or she has never been adjudicated an incompetent adult. However, no court proceeding may be initiated or continued on behalf of an adult with disabilities over that adult's objection, unless such proceeding is approved by his or her legal guardian, if any.
3. **Elder Adult with Disabilities:** "Elder adult with disabilities" means an adult prevented by advanced age from taking appropriate action to protect himself or herself from abuse by a family or household member.
4. **Exploitation:** "Exploitation" means the illegal, including tortious, use of a high-risk adult with disabilities or of the assets or resources of a high-risk adult with disabilities. Exploitation includes, but is not limited to, the misappropriation of assets or resources of a high-risk adult with disabilities by undue influence, by breach of a fiduciary relationship, by fraud, deception, or extortion, or the use of such assets or resources in a manner contrary to law.
5. **Family or Household Members:** Include spouses, former spouses, parents, children, stepchildren and other persons related by blood or by present or prior marriage, persons who share or formerly shared a common dwelling, persons who have or allegedly have a child in common, persons who share or allegedly share a blood relationship through a child, persons who have or have had a dating or engagement relationship, persons with disabilities and their personal assistants, and caregivers as defined in Section 12-4.4a of the Criminal Code of 2012. For purposes of this paragraph, neither a casual acquaintanceship nor ordinary fraternization between two individuals in business or social contexts shall be deemed to constitute a dating relationship. In the case of a high-risk adult with disabilities, "family or household members" includes any person who has the responsibility for a high-risk adult as a result of a family relationship or who has assumed responsibility for all or a portion of the care of a high-risk adult with disabilities voluntarily, or by express or implied contract, or by court order.
6. **Harassment:** "Harassment" means knowing conduct which is not necessary to accomplish a purpose that is reasonable under the circumstances, would cause a reasonable person emotional distress, and does cause emotional distress to Petitioner. Unless the presumption is rebutted by a preponderance of the evidence, the following types of conduct shall be presumed to cause emotional distress:
    a. creating a disturbance at Petitioner's place of employment or school; or
    b. repeatedly telephoning Petitioner's place of employment, home or residence; or
    c. repeatedly following Petitioner about in a public place or places; or
    d. repeatedly keeping Petitioner under surveillance by remaining present outside his or her home, school, place of employment, vehicle or other place occupied by Petitioner or by peering in Petitioner's windows; or

OP-P 403.4

(8/21)

on the date set for a hearing, which is listed on page 1 of this Order.

Case No. 2023OP003125

Ref. Case _____

**TO PARENTS OR GUARDIANS OF MINOR RESPONDENTS:** The Court may hold you in contempt of court if a minor respondent in your care violates this Order and you have helped, encouraged, or directed the minor to do so.

**NOTICE ABOUT ENFORCEMENT:**

This *Order of Protection* is enforceable, even without registration, in all 50 states, the District of Columbia, tribal lands, and the U.S. Territories pursuant to the Violence Against Women Act (18 U.S.C.§ 2265), provided notice of this *Order* of Protection has been provided to the Respondent. Violating this *Order* of Protection may subject the Respondent to state and/or federal charges and punishment. 18 U.S.C.§§ 2261-2262. This *Order* is directed to the Respondent. Except under accountability circumstances, which should be assessed by the Attorney, Petitioner cannot be guilty of violation of an *Order of Protection*.

**DEFINITION OF TERMS USED IN THIS ORDER**

These definitions are incorporated in and made a part of the *Order* to which they are attached.

1. **Abuse:** "Abuse" means physical abuse, harassment, intimidation of a dependent, interference with personal liberty, or willful deprivation but does not include reasonable direction of a minor child by a parent or person in loco parentis.
2. **Adult with Disabilities:** "Adult with Disabilities" means an elder adult with disabilities or a high-risk adult with disabilities. A person may be an adult with disabilities for purposes of this Act even though he or she has never been adjudicated an incompetent adult. However, no court proceeding may be initiated or continued on behalf of an adult with disabilities over that adult's objection, unless such proceeding is approved by his or her legal guardian, if any.
3. **Elder Adult with Disabilities:** "Elder adult with disabilities" means an adult prevented by advanced age from taking appropriate action to protect himself or herself from abuse by a family or household member.
4. **Exploitation:** "Exploitation" means the illegal, including tortious, use of a high-risk adult with disabilities or of the assets or resources of a high-risk adult with disabilities. Exploitation includes, but is not limited to, the misappropriation of assets or resources of a high-risk adult with disabilities by undue influence, by breach of a fiduciary relationship, by fraud, deception, or extortion, or the use of such assets or resources in a manner contrary to law.
5. **Family or Household Members:** Include spouses, former spouses, parents, children, stepchildren and other persons related by blood or by present or marriage, persons who share or formerly shared a common dwelling, persons who have or allegedly have a child in common, persons who share or allegedly share a blood relationship through a child, persons who have or have had a dating or engagement relationship, persons with disabilities and their personal assistants, and caregivers as defined in Section 12-4.4a of the Criminal Code of 2012. For purposes of this paragraph, neither a casual acquaintanceship nor ordinary fraternization between two individuals in business or social contexts shall be deemed to constitute a dating relationship. In the case of a highrisk adult with disabilities, "family or household members" includes any person who has the responsibility for a high-risk adult as a result of a family relationship or who has assumed responsibility for all or a portion of the care of a high-risk adult with disabilities voluntarily, or by express or implied contract, or by court order.
6. **Harassment:** "Harassment" means knowing conduct which is not necessary to accomplish a purpose that is reasonable under the circumstances, would cause a reasonable person emotional distress, and does cause emotional distress to Petitioner. Unless the presumption is rebutted by a preponderance of the evidence, the following types of conduct shall be presumed to cause emotional distress:

    a. creating a disturbance at Petitioner's place of employment or school; or

    b. repeatedly telephoning Petitioner's place of employment, home or residence; or

    c. repeatedly following Petitioner about in a public place or places; or

    d. repeatedly keeping Petitioner under surveillance by remaining present outside his or her home, school, place of employment, vehicle or other place occupied by Petitioner or by peering in Petitioner's windows; or

    e. improperly concealing a minor child from Petitioner, repeatedly threatening to improperly remove a minor child of Petitioner's from the jurisdiction or from the physical care of Petitioner, repeatedly threatening to conceal a minor child from Petitioner, or making a single such threat following an actual or attempted improper removal or concealment, unless Respondent was fleeing an incident or pattern of domestic violence; or

    f. threatening physical force, confinement or restraint on one or more occasions.

7. **High-risk Adult with Disabilities:** "High-risk adult with disabilities" means a person aged 18 or over whose physical or mental disability impairs his or her ability to seek or obtain protection from abuse, neglect, or exploitation.
8. **Interference with Personal Liberty:** "Interference with personal liberty" means committing or threatening physical abuse, harassment, intimidation or willful deprivation so as to compel another to engage in conduct from which she or he has a right to abstain or to refrain from conduct in which she or he has a right to engage.
9. **Intimidation of a Dependent:** "Intimidation of a dependent" means subjecting a person who is dependent because of age, health or disability to participation in or the witnessing of: physical force against another or physical confinement or restraint of another which constitutes physical abuse as defined in this Act, regardless of whether the abused person is a family or household member.
10. **Neglect:** "Neglect" means the failure to exercise that degree of care toward a high-risk adult with disabilities which a reasonable person would exercise under the circumstances and includes but is not limited to:

Visit http://www.i2file.net/dv to validate this document:Validation ID:IPO2460286111537873

Page 11 of 12 - Emergency Order of Protection

(08/21)

OP-F 404.3

...d is required to be accepted in all Illinois Circuit Courts.

For Court Use Only

Case No. 2023OP003125
Ref. Case _____

    a. the failure to take reasonable steps to protect a high-risk adult with disabilities from acts of abuse; or
    b. the repeated, careless imposition of unreasonable confinement; or
    c. the failure to provide food, shelter, clothing, and personal hygiene to a high-risk adult with disabilities who requires such assistance; or
    d. the failure to provide medical and rehabilitative care for the physical and mental health needs of a high-risk adult with disabilities; or
    e. the failure to protect a high-risk adult with disabilities from health and safety hazards.

Nothing in this definition shall be construed to impose a requirement that assistance be provided to a high-risk adult with disabilities over his or her objection in the absence of a court order, nor to create any new affirmative duty to provide support to a high-risk adult with disabilities.

11. **Petitioner:** "Petitioner" may mean not only any named petitioner for the order of protection and any named victim of abuse on whose behalf the petition is brought, but also any other person protected by this Act.

12. **Physical Abuse:** "Physical abuse" includes sexual abuse and means any of the following:
    a. knowing or reckless use of physical force, confinement or restraint; or
    b. knowing, repeated and unnecessary sleep deprivation; or
    c. knowing or reckless conduct which creates an immediate risk of physical harm.

13. **Stalking:** "Stalking" means knowingly and without lawful justification, on at least two (2) separate occasions, following another person or placing the person under surveillance or any combination thereof and:
    a. at any time transmitting a threat of immediate or future bodily harm, sexual assault, confinement or restraint, and the threat is directed towards that person or a family member of that person; or
    b. placing that person in reasonable apprehension of immediate or future bodily harm, sexual assault, confinement or restraint; or
    c. placing that person in reasonable apprehension that a family member will receive immediate or future bodily harm, sexual assault, confinement, or restraint.

14. **Willful Deprivation:** "Willful deprivation" means willfully denying a person who because of age, health or disability requires medication, medical care, shelter, food, therapeutic device, or other physical assistance, and thereby exposing that person to the risk of physical, mental or emotional harm, except with regard to medical care or treatment when the dependent person has expressed an intent to forego such medical care or treatment. This paragraph does not create any new affirmative duty to provide support to dependent persons.