```
         IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
                    WINNEBAGO COUNTY, ILLINOIS



  JOHN CERASANI,          )
                          )
         Plaintiff,       )
                          )      CASE NO. 2023 OP 3125
  vs.                     )
                          )
  VALERY AHERNS,          )
                          )
         Defendant.       )      EOP
```

REPORT OF PROCEEDINGS had in the above-entitled cause, before the Honorable JUDGE DONALD SHRIVER, Judge of said Court, on the 7th day of December 2023.

APPEARANCES:

MR. JOHN CERASANI,
Appeared pro se as petitioner.

Tracy Hefty, Court Specialist
Winnebago County
Rockford, Illinois

```
 1                          INDEX
 2   Witnesses:                                          PAGE:
 3   John Cerasani      Examination by Court               3
 4   Exhibits: (None.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
1    THE COURT:  Sir, raise your right hand.
2              (Witness sworn.)
3    THE COURT:  State your full name.
4    MR. CERASANI:  John Cerasani.
5    THE COURT:  ER, this is 23 OP 3125.
6         Valery's ex-girlfriend?
7    MR. CERASANI:  Yes.
8    THE COURT:  Allegations in your petition are true and
9  correct?
10   MR. CERASANI:  Yes.
11   THE COURT:  And you reside in Cook County, Illinois?
12   MR. CERASANI:  Yes, sir.
13   THE COURT:  And she resides in Saline County, Illinois?
14   MR. CERASANI:  Um, I believe it's not called that.  I
15 think it's called Harden County.
16   THE COURT:  Okay.
17   MR. CERASANI:  Iowa.
18   THE COURT:  It's in Iowa?
19   MR. CERASANI:  Yes.
20   THE COURT:  You put 237 Street, Eldora, Illinois.
21   MR. CERASANI:  That should be Eldora, Iowa.  My -- the
22 court advocate did that.
23   THE COURT:  Okay.  So it's Eldora, Iowa.  All right.  The
24 problem I'm having is not with your petition but with the
```

1  venue, because the venue is where you live, or she lives or
2  where any of the violence occurred.
3      MR. CERASANI:  Yes, sir.  Can I explain something --
4      THE COURT:  Sure.
5      MR. CERASANI:  -- about that?  So I had researched that,
6  sir, and I had talked to my local police department, and
7  they, they thought that since the majority of what -- it's
8  been ongoing, and since the majority of what's been happening
9  was in Rockford and the physical things were all in Rockford
10 as well as me now working in Rockford and being here with her
11 most recently threatening me about doing some --
12     THE COURT:  So there's been confrontation between you and
13 her here in Rockford?
14     MR. CERASANI:  Correct, and it's on the incident, yeah,
15 the, the most serious one was definitely in Rockford and her
16 most recent threats over text were Rockford related.
17     THE COURT:  Got it.
18     MR. CERASANI:  So I just felt like I'm going to be --
19 'cause I'm not going to be able to call the Cook County,
20 Barrington people if I have a problem in Rockford, the
21 Rockford Police aren't going to know what the hell's going
22 on, and so I just figured it makes more sense to do it here
23 'cause this is where it's more likely to have a violation
24 occur.

1    And, and if I, if I may, too, I don't want to
2 confuse anything, but I had brought all this thing here and
3 the victim advocate said that's for the hearing, just for the
4 emergency, I go, okay, but this is everything right here that
5 shows what's going on and why I'm in danger and why my kids
6 are in danger.  I don't know if we explained it as well as we
7 could have --
8    THE COURT:  No, I'm going to grant the emergency, you've
9 alleged prima facie evidence of necessity for emergency.
10    MR. CERASANI:  Okay.
11    THE COURT:  Middle initial for you?
12    MR. CERASANI:  J.
13    THE COURT:  And do you know Valery's middle initial?
14    MR. CERASANI:  I do not.
15    THE COURT:  Date of birth?
16    MR. CERASANI:  I know she was 1982, I don't know the
17 actual birthdate.  I could probably find it on my phone; you
18 want, you want me to take my phone out?
19    THE COURT:  Yeah, otherwise it doesn't get into the law
20 enforcement database.
21    MR. CERASANI:  Oh, it's in --
22    THE COURT:  Did she ever live with you in Inverness?
23    MR. CERASANI:  No, she did not.
24    THE COURT:  Does she know where you work?

```
1      MR. CERASANI:  Yes.  Yeah, that's why I'm here really.  I
2   could definitely find this date of birth if you want to just
3   -- if you want to take another case and I'll come back up in
4   a couple of minutes.  I just have to make a phone call.
5      THE COURT:  That'd be fine.
6      MR. CERASANI:  Are you sure?
7      THE COURT:  Yep.
8      MR. CERASANI:  Okay.  I'm not hurting myself with this
9   case am I --
10     THE COURT:  What's that?
11     MR. CERASANI:  I'm not hurting myself by doing that am I?
12     THE COURT:  No.
13     MR. CERASANI:  Okay.  All right.  I'll be right back.
14            (Whereupon the matter was passed, and the Court
15             attended to other matters.)
16     MR. CERASANI:  I apologize about that.
17     THE COURT:  You said your middle initial was?
18     MR. CERASANI:  My middle initial?
19     THE COURT:  Yeah.
20     MR. CERASANI:  J.
21     THE COURT:  J.  Okay.
22     MR. CERASANI:  And hers is J as well.
23     THE COURT:  And date of birth?
24     MR. CERASANI:  November 19th, 1980.
```

```
1    THE CLERK:  Hi, Judge, good morning.
2    THE COURT:  Good morning.  I'm just finishing up an EOP
3 before we tackle the next one.
4    THE CLERK:  Okay.
5    THE COURT:  All right.  You're going to head down to 108,
6 they'll get you copies of the order and petition.  It's your
7 responsibility to get her served in Iowa.  They'll give you
8 instructions on you get it to the sheriff's department and
9 civil process in Iowa for doing that.  And then your next
10 court date's December 27th, 3:00, around the corner in
11 Courtroom 467, okay?
12   MR. CERASANI:  Okay.
13   THE BAILIFF:  The clerk will be up if you want to have a
14 seat right outside on the chairs out there.
15   MR. CERASANI:  Here?
16   THE BAILIFF:  Yep.  She'll bring you down and get you
17 copies.
18   MR. CERASANI:  Thank you.
19   THE BAILIFF:  No problem.
20         (Which were all the proceedings of record heard
21            in the above-entitled matter on this date.)
22
23
24
```

Tracy Hefty, Court Specialist
Winnebago County
Rockford, Illinois

```
                IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
 1                        WINNEBAGO COUNTY, ILLINOIS

 2

 3                           C E R T I F I C A T E

 4

 5          I, Tracy Hefty, a Court Specialist for the Circuit
 6  Court of Winnebago County, 17th Judicial Circuit of Illinois,
 7  transcribed the electronic recording of the proceeding in the
 8  above-entitled cause to the best of my ability, and I hereby
 9  certify the foregoing to be a true and accurate transcript of
10  said electronic recording, which recording contained the
11  operator's certification as required by General Order
12  16.01(C).
13      I further certify that I am not connected by blood or
14  marriage to any of the parties in this action nor am I a
15  relative or employee or attorney or counsel of any of the
16  parties or financially interested in the matter in
17  controversy.
18
19                       Tracy Hefty
20                       Tracy Hefty, Court Specialist
21    Dated this 21st day
22    of January 2024.
23
24
```

Tracy Hefty, Court Specialist
Winnebago County
Rockford, Illinois