| Rockford Police Department | Report No: RP23-031875 |
|---|---|
|  557 S. New Towne Dr.<br>Rockford, IL 61108<br>Report Date: 12/07/2023 12:31:00<br>Reporting Officer: Streed, Daryn RP0368 | **1**<br>Page 1 of 4 |

# Incident Report

## Event

**Subject:** Domestic Battery - §7(1)(b)

**Location:** §7(1)(b)   **Area:**

**Occured on:** 2/1/2023 and between

**Date Entered:** 12/7/2023   **Reporting Officer:** Lange, Michael RP3850

**Reporting Officer:** Streed, Daryn RP0368

**Case Report Status:** Cleared   **Internal Incident Status:** Exceptional Clearance   **Disposition:** Cleared   **Domestic Incident:** Yes

**Exceptional Clearance Reason:** Prosecution Declined   **Exceptional Clearance Date** 12/12/2023

**Date Approved:** 12/14/2023   **Approved By:** Bootz, Michelle RP3896

**Date Approved:** 12/15/2023   **Approved By:** Nicosia, David RP2505

## Victims (1)

**Victim: Cerasani, John J**

Victim Type: **Person/Individual (Not a Law Enforcement Officer)**

Victim of: **Domestic Battery : 0486**

| Address: §7(1)(b) | Apartment #: | City/State/Zip: §7(1)(b) |
|---|---|---|
| Resident: §7(1)(b) | Res. County: | Res. State: §7(1)(b) |
| Age: §7(1)(c) | Race: §7(1)(c) | Sex: **Male** | Ethnicity: §7(1)(c) |
| Height: §7(1)(b) | Weight: §7(1)(b) | DOB: §7(1)(c) | AKA: |

Eye Color: **Brown**   Hair Color: **Brown**   Hair Length: **Short**

Hair Style:   Facial Hair:

Attire:

Injury: **None**   Agg. Assault/Homicide Circumstances:

Justifiable Assault/Homicide Circumstances:

SSN:   DLN:   DLN State:

Home Phone:   Mobile Phone: §7(1)(b)

Email Address:   Occupation/Grade:

### Occupation/School

Employer/School: §7(1)(c)

Address:   Apartment #:   City/State/Zip:

Phone:   Employment/School Hours:

| | | |
|---|---|---|
| **Rockford Police Department**  557 S. New Towne Dr. Rockford, IL  61108 Report Date: 12/07/2023 12:31:00 | | Report No: RP23-031875 **2** Page 2 of 4 |

### Secondary Address

Address:  Apartment #:  City/State/Zip:

### Victim/Offender Relationships

Offender: **Ahrens, Valery**  Relationship: **ILLINOIS CODE**

## Suspects (1)

**Suspect: Ahrens,Valery J**

Related Offense: **Domestic Battery : 0486**

Address: §7(1)(b)  Apartment #:  City/State/Zip: §7(1)(b)
Resident:  Res. County:  Res. State §7(1)(b)
Age: §7(1)(c)  Race: §7(1)(c)  Sex: **Female**  Ethnicity: §7(1)(c)
Height: §7(1)(b)  Weight: §7(1)(b)  DOB: §7(1)(c)  AKA:
Eye Color: **Brown**  Hair Color: **Brown**  Hair Length:
Hair Style:  Facial Hair:
Attire:
SSN:  DLN:  DLN State:
Misc. ID Type:  Misc. ID State:  Misc. ID Number:
Home Phone:  Mobile Phone: §7(1)(b)
Email Address:  Occupation/Grade:

### Occupation/School

Employer/School: **Unknown**

Address:  Apartment #:  City/State/Zip:
Work Phone:  Employment/School Hours:

### Secondary Address

Address:  Apartment #:  City/State/Zip:

## Business Involved ()

## Offenses (1)

### Offense Details: Domestic Battery : 0486

IBR Code: **13B Simple Assault**  Location: **Hotel/Motel/Etc.**
Using: **Not Applicable**  Offenses Completed: **Completed**  Hate/Bias: **NIBRS CODE**
Criminal Activity:  Weapons/Force: **Personal Weapons**

Printed On: 8/22/2024 2:40:04 PM  Page 2 of 4  Printed By: CADRMS\svc_tritech

| | | |
|---|---|---|
| **Rockford Police Department**  557 S. New Towne Dr. Rockford, IL  61108 Report Date: 12/07/2023 12:31:00 | | Report No: RP23-031875 **3** Page 3 of 4 |

No. Prem. Entered:     Entry Method:

## Incident Narrative

### Narrative Author: Lange, Michael RP3850

**THIS INCIDENT IS RECORDED ON BWC #RP3850**
**REPORTING OFFICER DID NOT REVIEW RECORDING PRIOR TO COMPLETING THIS REPORT**

On 12/7/23 at 1138 hours, I was dispatched to District 1 (1045 W State St) to meet with John Cerasani in reference to this incident.

Upon my arrival I met with Cerasani who said that 

§7(1)(c)      He told me this was the reason he came to Rockford today was to make a police report for the incident in February and also to obtain an Order of protection against Ahrens.

Cerasani showed me Winnebago County emergency order of protection #23OP3125 which he obtained today. I observed the order of protection is valid until 12/27/23.

I explained and provided Cerasani with an IDVA. I sent him an evidence.com link to upload any screenshots of messages that he had for the investigation.

Cerasani said he would pursue charges if an arrest was made.

No further police action taken.

### Narrative Author: Streed, Daryn RP0368

On or before 12-12-23, ASA K. Rasmussen reviewed this case and declined charges.

Nothing further

**Rockford Police Department** 
557 S. New Towne Dr.
Rockford, IL  61108
Report Date: 12/07/2023 12:31:00

Report No: RP23-031875

**4**

Page 4 of 4

## Officer

| | | |
|---|---|---|
| Date: **12/7/2023** | Involvement Type: **Reporting** | Officer Name: **Lange, Michael RP3850** |
| Date: **12/14/2023** | Involvement Type: **Approving** | Officer Name: **Bootz, Michelle RP3896** |
| Date: **12/12/2023** | Involvement Type: **Reporting** | Officer Name: **Streed, Daryn RP0368** |
| Date: **12/15/2023** | Involvement Type: **Approving** | Officer Name: **Nicosia, David RP2505** |

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| §7(1)(b) | **2** (6)<br>**1** (9) | Private information that is exempt from disclosure |
| §7(1)(c) | **1** (5)<br>**2** (4)<br>**3** (5) | Personal information, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy |