```
STATE OF ILLINOIS     )
                      )  SS:
COUNTY OF C O O K     )

    IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
      COUNTY DEPARTMENT - DOMESTIC VIOLENCE DIVISION

                         )
JOHN CERASANI,           )
                         )
    Petitioner,          )
                         )
       v.                )   No. 23 OP 30759
                         )
VALERY AHRENS,           )
                         )
    Respondent.          )
```

### EMERGENCY ORDER OF PROTECTION

REPORT OF PROCEEDINGS of the hearing had before the Honorable JOEL L. GREENBLATT, judge of said court, on the 22nd day of January, A.D., 2024.

APPEARANCES:

    MS. KRISTINA BUCHTHAL ALKASS,
        appeared on behalf of the Petitioner;

    MS. GENEVIEVE BINNER,
        appeared on behalf of Respondent.

Julianne E. Halm, CSR
2121 Euclid Avenue - Room 237
Rolling Meadows, IL  60008
Official Court Reporter
License No. 084-00354

```
 1        THE COURT:  Next matter, here on a motion.
 2   23 OP 3759, Cerasani versus Ahrens.
 3        MS. BUCHTHAL ALKASS:  Good afternoon, your Honor.
 4   Kristina Buchthal Alkass on behalf of the petitioner
 5   John Cerasani asking for leave to file my appearance on
 6   his behalf.
 7        THE COURT:  Have you actually filed it yet,
 8   Ms. Alkass?
 9        MS. BUCHTHAL ALKASS:  No, your Honor.  We were just
10   asking for leave today.
11        THE COURT:  Counsel --
12        MS. BUCHTHAL ALKASS:  Mr. Cerasani is present.
13        THE COURT:  I do see his name.  I don't see him.
14   Thank you.  You can unmute your microphone, sir.  Give
15   me a visual on you.  Thank you.
16             Ms. Alkass, do you have the information
17   regarding my clerk, the email directly into my
18   courtroom?
19        MS. BUCHTHAL ALKASS:  I believe so.  I'll take it,
20   though --
21        THE COURT:  Sure.
22        MS. BUCHTHAL ALKASS:  -- if the Court is so
23   inclined to put it in the chat window.
24        THE COURT:  No, I'm going to give it to you right
```

1  now.  Grab a pen.
2      MS. BUCHTHAL ALKASS:  Okay.
3      THE COURT:  D3crt207orders@cookcountycourt.com.
4  D3crt207orders@cookcountycourt.com.
5      MS. BUCHTHAL ALKASS:  Thank you.
6      THE COURT:  I do know that Ms. Ahrens is joining me
7  on the Zoom screen.
8          Counsel, good afternoon.  Your name.
9      MS. BINNIE:  Good afternoon, Judge.  Genevieve
10 Binnie for Valerie Ahrens.
11     THE COURT:  Have you filed a written appearance --
12 I believe your appearance is on file in this matter.
13     MS. BINNIE:  It still should be, because the motion
14 to reconsider was filed less than 30 days since the
15 case was finalized.  So, yes.
16     THE COURT:  Motion to reconsider.
17     MS. BUCHTHAL ALKASS:  Judge, that motion comes
18 before your Honor today, but my client wishes to
19 withdraw it.
20     THE COURT:  Okay.  I'm -- Ms. Alkass, your client
21 has piqued my interest, however, in a statement he's
22 made in his motion.  A portion of his motion, the second
23 prong, I will say, asks me to recuse myself, and one
24 of the reasons he asked me to do that is because I have

1  a personal -- quote, a personal relationship with a key
2  witness, end quote.
3              Can you give me some more information about
4  that, Ms. Alkass?
5      MS. BUCHTHAL ALKASS:  Your Honor, respectfully, I
6  don't have more information about that, but we do wish
7  to --
8      THE COURT:  Well, wait.  I appreciate it, but as I
9  said, you know, if nothing else, I'm a curious fellow.
10 So I'd like Mr. Cerasani, who raised his hand, to tell
11 me, who do I have a personal relationship with?
12     THE PETITIONER:  Sir, Ms. Alkass -- when I started
13 working with her as my lawyer, I had no idea that that
14 was the language that I used when --
15     THE COURT:  Well, you wrote it.  You wrote it.
16     THE PETITIONER:  It would not be considered, you
17 know, like -- the way I wrote it, I guess wasn't --
18 wasn't adequate, I guess.  But you never saw the
19 evidence --
20     THE COURT:  Well, hang on.  We're not going through
21 that.
22     THE PETITIONER:  (Unintelligible.)
23     THE COURT:  What I'm only concerened about --
24     THE PETITIONER:  (Unintelligible.)

-4-

1          THE COURT:  -- because that's a serious --
2          THE PETITIONER:  (Unintelligible.)
3          THE COURT:  Hang on, Mr. Cerasani.
4          THE PETITIONER:  Is that --
5          THE COURT:  Hang on, Mr. Cerasani.
6               That's a significant allegation, that I have a
7    personal relationship with a key witness.  Who might
8    that be?
9          THE PETITIONER:  Well, sir, I wouldn't have thought
10   that would be offensive because you never saw the actual
11   evidence of the case.
12         THE COURT:  Well, who's the person I have a
13   relationship with?
14         THE PETITIONER:  I'm sorry; I couldn't hear you.
15         THE COURT:  Who is the person that I allegedly have
16   a relationship with?
17         THE PETITIONER:  So Ms. Ahrens reached out to
18   Chicago Prime Steakhouse, their Italian owner.  They
19   reached out to me to tell me that she was doing that,
20   and I was told that you frequent there.
21         THE COURT:  So because I go to a restaurant; is
22   that what you're saying?
23         THE PETITIONER:  Sir, listen.  Listen.  I didn't
24   know that it was offensive to write it that way.

-5-

1  THE COURT: Okay. I'll accept your statement.
2  THE PETITIONER: That's where I was --
3  THE COURT: Very well. In any event, you're
4  withdrawing the motion at this time, Ms. Alkass; is that
5  correct?
6  MS. BUCHTHAL ALKASS: Yes, that's correct, your
7  Honor.
8  THE COURT: All right. Just a moment. Very well.
9  Today's order shall reflect as follows: The petitioner
10 is in court via Zoom; the petitioner's attorney,
11 Ms. Binnie, is in court via Zoom; respondent in court
12 via Zoom; Respondent's attorney in court via Zoom,
13 Ms. Alkass.
14       The motion of the respondent heretofore filed
15 on December 11, 2023, to reconsider the Court's order
16 of November 21st, that motion is withdrawn. Previous
17 orders shall stand. So this matter --
18 MS. BINNIE: Judge, one thing. I believe you said
19 the respondent's motion. It's the petitioner's motion.
20 I just want to make sure that's clear. Mr. Cerasani
21 is the --
22 THE COURT: I'm sorry; I'm sorry. Motion of
23 petitioner. Correct. Motion of the petitioner, who is
24 Mr. Cerasani.

—6—

```
 1            Motion of the petitioner to withdraw his motion
 2   to reconsider, that motion will be granted.  All
 3   previous orders to stand.
 4            Okay.  Ms. Alkass, you do need to know some
 5   things.  I'm sure your client has advised you as to the
 6   status of the matters.  Apparently, there is a
 7   stalking/no contact order that has been entered in
 8   Case No. 23 OP --
 9       THE COURT COORDINATOR:  Petition only.
10       THE COURT:  Pardon me?
11       THE COURT COORDINATOR:  Petition only.
12       THE COURT:  Excuse me.  A petition only for a
13   stalking order in 23 OP 1167.  That's up tomorrow,
14   along --
15       MS. BUCHTHAL ALKASS:  Yes, Judge.
16       THE COURT:  Okay.  You're aware of that?
17       THE PETITIONER:  Yes.
18       MS. BUCHTHAL ALKASS:  I am.
19       THE COURT:  And that's going to be up at 9:30,
20   along with -- apparently, there's a criminal matter up
21   tomorrow against Ms. Ahrens.  That's up tomorrow at
22   9:30.
23       THE COURT COORDINATOR:  They're at 10:30.
24       THE COURT:  Hang on.  Is it set for trial tomorrow?
```

```
 1         THE COURT COORDINATOR:  Yes.
 2         THE COURT:  Hang on.  It is set for trial.  It is
 3  set for trial.  Ms. Britany Howard represents Ms. Ahrens
 4  in that matter.  All right.  That matter is set for
 5  trial at 10:30, and the petition will be up on that day
 6  as well.  However --
 7         MS. BUCHTHAL ALKASS:  Okay.
 8         THE COURT:  However, Mr. Cerasani, went out to
 9  Winnebago County and was granted an EOP, Case
10  No. 23 OP 0003125.  He obtained that on December 7th.
11  It was extended December 27th, and there's a hearing
12  set on that on January 31st of '24, 4:00 o'clock,
13  Judge Bruscato, Courtroom 467, in Rockford.
14         So with that said, he's got a petition for a
15  stalking order here, and apparently, he has an emergency
16  OP that was granted out in Winnebago.  So the
17  inclination of the Court is, of course, to have the
18  stalking order here in Cook dismissed tomorrow.
19         MS. BUCHTHAL ALKASS:  Thank you, Judge.  I will
20  work with Ms. Binnie, and I will work with my client to
21  figure out what our next steps are, and I will report
22  it as soon as I know.  I expect to be here tomorrow.
23         MS. BINNIE:  And, Judge, I did file a motion to
24  dismiss pursuant to 2-619 that's being presented
```

-8-

```
 1  tomorrow.
 2       THE COURT:  Okay.  I don't have that -- I don't
 3  have that stalking file before me this afternoon.  I'll
 4  take a look at it in the morning.  Okay?
 5            So I'm sure, as you know, we can't litigate
 6  similar matters in two different jurisdictions.  Okay?
 7  So with that said --
 8       MS. BUCHTHAL ALKASS:  Yes, Judge.
 9       THE COURT:  -- I will see the parties, then,
10  tomorrow.  The matter is set for trial at 10:30.  Thank
11  you all for your attendance this afternoon.
12       MS. BUCHTHAL ALKASS:  Thank you, your Honor.
13       THE COURT:  You're quite welcome.
14       MS. BINNIE:  And --
15       THE COURT:  Yes?
16       MS. BINNIE:  -- just to confirm with you, Judge,
17  when I appeared on the stalking/no contact order a
18  little bit after Mr. Cerasani was here, because I wasn't
19  aware of the court date until later.  You advised that
20  I can appear on Zoom for that because it's just a status
21  on the petition for the no stalking -- petition for
22  stalking no contact order.  I just wanted to make sure
23  that that's still accurate.
24       THE COURT:  Yeah.  But I'm going to expect that
```

1  Ms. Alkass is going to tell me tomorrow that that
2  petition is going to be withdrawn.  I'm assuming that.
3  We'll find out more tomorrow morning.  Okay?
4      MS. BUCHTHAL ALKASS:  Okay.
5      MS. BINNIE:  Thank you.
6      THE COURT:  And you can join on Zoom, Ms. Binnie.
7  It's fine.
8      MS. BINNIE:  Okay.  Thank you, Judge.
9      THE COURT:  Thank you all.  See you tomorrow.
10              (The case was continued to
11                January 23, 2024.)

```
 1  STATE OF ILLINOIS    )
                         )  SS:
 2  COUNTY OF C O O K    )

 3              I, Julianne E. Halm, Official Court

 4  Reporter for the Circuit Court of Cook County, Illinois,

 5  Municipal Department-Third Municipal District, do hereby

 6  certify that I reported in shorthand the proceedings had

 7  in the aforementioned cause; that I thereafter caused

 8  the foregoing to be transcribed into computer-aided

 9  transcription, which I hereby certify to be a true and

10  accurate transcript of the proceedings had before the

11  Honorable JOEL L. GREENBLATT, Judge of said court.

12

13
                              _____
14                            Julianne E. Halm
                              Official Court Reporter
15                            CSR No. 084-003545

16

17
    Dated this 14th day
18  of July, 2025.

19

20

21

22

23

24
```

—11—