# Color Coded Timeline

**8-16-23**

Rolling Meadows, IL

Emergency OP **23OP30759** granted

**9-6-23**

Rolling Meadows, IL

Defendant Arrested

Harassment Through Electronic Communications

**INP22-011992**

**11-23-23**

Rolling Meadows, IL

Emergency OP **23OP30759** vacated/dismissed

**12-6-23**

Rolling Meadows, IL

Petition for Emergency SNCO **23OP31167** denied, pending hearing

**12-7-23**

Rockford, IL

Emergency OP **2023-OP-0003125** granted

**12-8-23**

Rolling Meadows, IL

Pro se motion to reconsider Emergency OP **23OP30759** (along with request for Judge Greenblatt's recusal)

**1-22-24**

Rolling Meadows, IL

Pro se motion to reconsider Emergency OP **23OP30759** (along with request for Judge Greenblatt's recusal) withdrawn/dismissed

**1-23-24**

Rolling Meadows, IL

Petition for Emergency SNCO **23OP31167** withdrawn/dismissed **with prejudice**

(Trial for hearing in criminal case followed)

**1-30-24**

Rolling Meadows, IL

Defendant found **NOT GUILTY**

Harassment Through Electronic Communications

**INP22-011992**

**2-13-24**

Rockford, IL

Emergency OP **2023-OP-0003125** vacated/dismissed

**2-16-24**

Rockford, IL

Emergency SNCO **2024-OP-000420** granted

**1-3-25**

Rockford, IL

Emergency SNCO **2024-OP-000420** vacated

Plaintiff's Motion for substitution of Judge granted

**1-14-25**

Rockford, IL

Defendant's motion to transfer SNCO **2024-OP-000420** to back to Cook County/Rolling Meadows granted

**3-11-25**

Northern District of Illinois

**25 cv 2565** filed

**7-7-25**

Rolling Meadows, Illinois

**2024-OP-000420**

now **2025-OP-30292** withdrawn/dismissed **with prejudice**

**7-18-25**

Rolling Meadows, Illinois

Motion for sanctions against John Cerasani filed.

**2025-OP-30292**

Next court date 10-9-25