# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe
                      Plaintiff,

v.                                                            Case No.: 1:25−cv−02565
                                                                  Honorable John J. Tharp Jr.

Valery J Ahrens
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's request for judicial notice [51] is taken under advisement but deferred for consideration until the Court has the benefit of full briefing on the defendant's anticipated Rule 12(b)(6) motion. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.