You made the list. You as well as your neighbors, family and friends will be getting the first addition of the Valery Ahrens Times. Valery decides she wants to troll people's lives and harass them, she has been arrested, she has had restraining orders, orders of protection, but she just keeps on going.  She feels justified in her "freedom of speech" so in turn, we will be humiliating her just like she decides to do others since it is all just freedom of speech after all.   We will make sure everyone has an inside look on how perverted and psychotic Valery is.  Oh yes, this will be fun!

In future issues, you can expect the following:

- Her perversion over text messages
- Her demand and infatuation of making sex videos (in her own words, you will see how incredible her urge is to produce these types of videos.  No, we won't be showing you the video itself as even we don't have access to those, but we will show you how she describes them and begs to make them)
- Her epic lies, this includes her claiming sexual assault and then contradicting herself in her own text messages.  More to come on that soon!  Oh, it will be a sight to see.  Hope she has money as we have inside word that a lawsuit is coming soon on that!

We will be adding more and more to the subscription list as our team promises to now put the same time into her as she has put into those she harasses.

We continue to monitor the internet, and every time Valery makes a page or harasses anybody; we will then release an issue outlining what she did and the REAL story behind her accusations.  As well as a little flavor to make it nice and juicy (and rather disgusting) with real documentation behind it so you know it's not a lie and you get to see with evidence of her obsessiveness, her evilness, her manipulation, and her sexual twistedness.

Any parent should be proud that they raised such a great human. So since she likes to post about the family members of those she harasses, well shoot, we will too!  Martin and Carol are now going to be on the same ride that Valery has put others on – including kids. We will do some research to see if any children are close to Valery so we can humiliate them just like Valery does to children of her targets. We have a lot of work to do and we promise to keep you informed.    Currently looking into Nikolas and Richard and their neighbors as well.

If Valery stops, well then we stop. We won't even release the first issue if she takes down all of the nonsense she has up. But we aren't confident that she is going to. So we will continue and this will be fuuuuun!

She is a troll that deserves what is coming. And you are now along for the ride, welcome to the journey!

Who are we?  We became aware of Valery and her antics through a Facebook chat room that she decided to ignorantly post nonsense on. So we did a little digging, and she is harassing the heck out of someone that did very kind things for us in the past.   Since he seems to be taking the high road with how he handled this, we are going to take the low road. We shall call it the Valery Road.    Turns out Valery isn't just doing this to him though, so we are watching all of the pages and have people close to Valery giving us the scoop.

Adding juicier details and more people to our subscription list every time something new comes out from Valery herself. Whoo hoo. Freedom of Speech!!!!   The best part about all of this is we just simply outline court documents and make them available to everyone in Eldora, hahahhahaha.  Juicy Juicy Stuff,.  Bet the town didn't realize it produced such a sexual deviant and obsessed woman!   Oh yeah, let's make sure every dental office in a 20 mile radius of Eldora gets the first issue.  Now that is an idea!

Stay tuned as we are certain Valery will keep going. If she stops, we won't continue.  If she continues, we make sure that she and her family are met with the same embarrassment she is attempting to evoke on others.

Freedom of Speech goes both ways, and we plan to respond accordingly to all next moves.   You should be very happy you made the cut for the subscrtipion, because it is gonna be some GOOD READING!!!!

Welcome!

---

S SUBURBAN IL 60

8 MAR 2024 PM 3

Martin Ahrens
32148 237th St.
Eldora, IA, 50627

27-800048

---

PREP TAKEAWAYS 2024                                    12/5/24
O.M.G. YOU did it. Training for prep is
finally over! You got the official "no more
cardio" text tonight to prove it lol. You should
be so proud of yourself. You started this
officially on September 9, 2024 which
was 86 days ago from today - 88 from show
day. You've learned a whole lot about