
johncerasaniofficial
John Cerasani
16 posts
3,880 followers
68 following
This page is aimed at the little buddies who hate on the @therealjohncerasani and @johncerasani
Followed by johncerasani
Following
Message
Oh you grew up in Schaumburg.
Said this.
K, little buddy !
"Nobody cares" yet here you are commenting, hmmm
gonefishingbrian 9m
This dude has definitely won the Golden Helmet in the Toolshed Olympics.
WHAT DID BRIAN GET A GOLD MEDAL IN?
Deep throating
Synchronized beastiality
Having an inny for a dick
@GONEFISHINGBRIAN
my owner always makes me lick peanut butter off his balls. Call PETA
@here_now_4_a_while
here_now_4_a_while commented: Idk why I just feel like this guy is lonely and sad. 23m
jrrand36 4h
Dude, you act like you're all that Dana White is the man every time I watch you gamble you fucking lose
Reply Hide
"Karma is a b*tch". Yep, sure is little buddy.
KARMA IS A BITCH LOL
@jrrand36
Hey little buddy, I won't even call you a W-2. You're most likely an unemployed. Smoke another joint and finish your takis before you come bully me.
hyperion_7777
You make videos to market some type of strategy that's how your winning lmao. Everyone else tryna follow by example isn't making as much or they believe it's a scam because it is. These videos are what's making dude money not by "influencing." Yall who actually believe he's making money other ways are stupid.
WHAT'S THIS LITTLE BUDDY'S NICKNAME?
Blue haired bandit
Small dick jones
Trifling troll
Broke ass b*tch
@hyperion_7777
sdowney87 9m
"I kind act doesn't make up for being an asshole all the other times 😂😂😂
CUTE, LITTLE BUDDY
@SDOWNEY87
gooneygugu 3w
"I'm not a tool"... then proceeds to act like a tool
WHAT KIND OF TOOL DOES THIS GUY STICK UP HIS ASS
Wrench
Hammer
Screwdriver
He uses his Covid mask as a condom
@GOONEYGUGU
taz_boxing 10m
Gotta unfollow bc the dishonesty. Just ride the slopes bro. Everyone does. Better to be honest like all the other videos
Sounds like a plan, little buddy
dannyboy812 12h
How much blow did you do tonight
Reply Hide
Liked by bobo_world480 and others
johncerasaniofficial Little buddy.
January 12
johncerasaniofficial
James Taylor · Fire and Rain
Danny, you were part of the nerd herd in high school. That's not what someone that's on blow acts like, little buddy
JimmyGtx commented: That's a cute IKEA waterfall
JimmyGtx commented: Be careful, big tough guy likes to report comments.
@jimmygtx
Hey little buddy. Come join us on IG and let's discuss this.
chief_vinnyb 46m
"Quit athking me thith!"
Reply Hide
Hey @chief_vinnyb I may have a lisp but ...
What the f*** you smoking for? We host (Has)
WHAT DOES EVERYONE THINK YOU HAVE?
A 2 inch cock
mamamhoods mom gettin gangbanged
Meth Mouth
All of the above
cuz he has MAJOR INSECURITIES. As the saying goes, the loudest in the room is always the weakest one in the room
WHAT ARE PHIL'S INSECURITIES
Premature ejaculations
Micro Penis
His w-2 insurance don't cover Botox
He is Northern Asst Regional Director
robsvette22 commented: Dudes very proud of a shitty little water feature that he keeps calling a "waterfall". 15m
My husband has A micro Penis
Again ??
theminerman1 41m
I'd love to see a vid of you getting off a casino-owned 737 BBJ in Vegas! you know you got one! Post it!!
Reply Message Hide
@theminerman1 nothing for nothing but your bio is super inappropriate
& free blow job If you follow me!
scuddj commented: What kind of bum uses Uber? You cant hire out for a private car service? If you're poor then just say that 11m
Reply Message
markymark801 8h
Wowwww so edgy bro. Money can't take the lisp away! Sorry, had to do it. If you're sponsoring this dumb post so it shows up on my feed, you deserve it.
@markymark801
MARKS BIGGEST ISSUE IS
His wife
His job
His uncle touching him
He's perfect actually
Reels
You're adopted. You're biological parents were crackheads. Sorry you had to find out like this
johncerasani
Had to tell him at some point.
Attn: Keyboard warriors. I don't let shit slide
lisabeary commented: Do it, but don't post it on Facebook. It's now become self-serving 😁 7m
7 likes
So someone that doesn't even follow me has a problem with me giving cops steaks and posting it.. She Seems like a good mom. What if I commented "quit posting being nice to your kids. It's self serving. 😁"
create_design.build_group commented: Kids please get an education. 23m
Your wife said you use extra small condoms and they still slide off
@create_design.build_group
@cecilfielder
rossettirocks 21h
Don't really know the game, but it seems to me that the grumpy loser dude couldn't handle his wife/ girlfriend with the espresso martini having a better hand them him! Don't play if you can't handle the game! 🤡🤡
Reply Hide
WHAT IS MY PROPER REPLY
You're confused, ma'am
Do you peg your husband/boyfriend
Don't play if you can't handle The game @rossettirocks
tywells11 commented: @julieannagraves well he thinks he has pink eye but it's really from eating dirty 🐱 that was infected and got his eye infected - so I'd say he is single waking up to strangers 17m
TY('S)
Mom gave me pink eye
Mom gave me chlamydia
Mom gave bob both