


## Comments

Top | Newest

@marcroger8367 • 7mo ago
John is such a meatball. His narcissism is oozing out of his veins.
820
35 replies

@BoogeyAce2 • 7mo ago
Glad to see I wasn't the only one not feeling those vibes lol
272

@olle1041 • 7mo ago
Get John out of there
521




## Comments

Top | Newest

@tekbit3305 • 7mo ago
Yeah, I'd be happy to never see this guy again.
609
4 replies

@alvaros.7721 • 7mo ago
Never seen this dude, however, after 5 minutes watching him, I remembered I had to schedule my colonoscopy .
114

@JohnDoe-hm4kb • 7mo ago
Don't associate with that guy he makes you look bad
617




## Comments

Top | Newest

@HaveUsaidthankUonce • 7mo ago
I have a code and that code consists of never, and I mean absolutely never trusting a grown man who slicks his hair back with gel.
190
4 replies

@okkatsuchicken • 7mo ago
I haven't seen one decent comment about this John dude 😂
21

@josephharrison6751 • 7mo ago (edited)
anyone else rooting for the house when he was playing 1v1 at the end?
20

## Comments

iamchrischampion 52m
Dude, I think we need to have an intervention for you and your "pink eye" and make sure while you're in LA you don't regress to your bad choices and horrible women again.😂 john. Hopefully you've learned your lesson by now. Bad 🐕 is not good for your eye 😉
Reply

conthefruiterr 51m
I told him pretty much the same & he blocked me 😂😂
Reply

miguelcis131 50m
By now we all support bob!!
Reply




## Comments

socaglesoso 3w
You kiss your mom with that potty mouth
Reply

Hide replies

johncerasani ✓ 3w
@socaglesoso no but I got pink eye from yours
Reply

johncerasani ✓ 3w
@socaglesoso no. But I got pink eye from yours
Reply

socaglesoso 3w
@johncerasani You are the human version of period cramps.
Reply




Seminole Hard Rock Hotel & Casino Hollywood
Fort Lauderdale · 12.7K videos of this place

5 comments

STARSEED
You have to realize bro a lot of people are hurting. So when they see our success it triggers them. Just keep doing you😎💯
4h Reply 1

User126546
John you're an absolute douche bag
35m Reply 1

nooo
Cause that wasn't your wife. It was an escort, a prostitute, one of those hoochie mammas?
3h Reply 1




Chicago,IL
Chicago · 1578 people added to Favorites

155 comments

Mase ☘️
dude is hammered
2h Reply 4

user8728291810718
Do more coke bro
2h Reply 1

jellybeans11111
Tell the same story when ur not drunk please.
2h Reply 1




Seminole Hard Rock Hotel & Casino Tampa
Tampa · 4790 videos of this place

29 comments

J
Why so aggressive all the time
7h Reply

phil
cuz he has MAJOR INSECURITIES. As the saying goes, the loudest in the room is always the weakest one in the room
43m Reply




Seminole Hard Rock Hotel & Casino Tampa
Tampa · 4790 videos of this place

29 comments

Sethjones38
I love watching drunk men make TikTok's alone no women!! Thrilling !!!
9h Reply

phil
right!?! All his videos this moron is loud and obnoxious.... and by himself. NEVER a woman with him.
40m Reply

Sethjones38 ▸ phil
As if he is the only wealthy human alive? No women and wealthy= nightmare toxic human???
20m Reply 1

phil ▸ Sethjones38
💯