**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

John Ceresani

Plaintiff,

v.

Valery J Ahrens

Defendant.

Case No.: 1:25−cv−02565
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiff's motion [60] for leave to correct citations in his response in opposition to defendant's motion to dismiss is denied. The plaintiff's response brief [55] is stricken. A corrected brief shall be filed by 10/16/2026. The defendant's reply need not be filed 10/15/2026. The reply to the corrected response brief is due 10/22/2026. Additionally the Court will entertain a motion for fees and costs associated with any additional work associated with responding to the plaintiff's citation errors in the reply brief scheduled for filing today or in responding to the corrected brief. Finally, plaintiff's counsel is ordered to appear in person at a hearing to show cause why the plaintiff should not be sanctioned for counsel's presumed use of artificial intelligence in the preparation of the response brief without thorough checking by a human attorney before filing. The hearing is set for 10/26/2026 at 10:00 a.m. Counsel for the defendant may, but is not required, to appear. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.